| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**OMC, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**13-3346971** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4010 Park Avenue**<br>**Bronx, NY**<br>ZIP Code **10457** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bronx** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**OMC, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____<br>
     (Name of landlord that obtained judgment)

     _____<br>
     (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **OMC, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Debtor

**X** _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

### Signature of Attorney*

**X** **/s/ Jonathan S. Pasternak**

Signature of Attorney for Debtor(s)

**Jonathan S. Pasternak**

Printed Name of Attorney for Debtor(s)

**Rattet, Pasternak & Gordon-Oliver, LLP**

Firm Name

**550 Mamaroneck Avenue**
**Suite 510**
**Harrison, NY 10528**

Address

**(914) 381-7400  Fax: (914) 381-7406**

Telephone Number

**September 15, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Michael Checchi**

Signature of Authorized Individual

**Michael Checchi**

Printed Name of Authorized Individual

**President**

Title of Authorized Individual

**September 15, 2010**

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court

## Southern District of New York

In re __OMC, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Sheet Metal Workers' Local 28**<br>**c/o Barnes Iaccarino, et al**<br>**258 Saw Mill RIver Road**<br>**Elmsford, NY 10523** | **Sheet Metal Workers' Local 28**<br>**c/o Barnes Iaccarino, et al**<br>**258 Saw Mill RIver Road**<br>**Elmsford, NY 10523** | | | **2,353,302.22** |
| **Sheet Metal Workers' Natl Pens**<br>**c/o Jeffrey S. Dubin, Esq.**<br>**464 New York Ave. Ste 100**<br>**Huntington, NY 11743** | **Sheet Metal Workers' Natl Pens**<br>**c/o Jeffrey S. Dubin, Esq.**<br>**464 New York Ave. Ste 100**<br>**Huntington, NY 11743** | | | **1,352,484.72** |
| **Sheet Metal Workers' Local 28**<br>**Attn: Marcia Webb**<br>**601 N. Fairfax Street**<br>**Alexandria, VA 22314-2075** | **Sheet Metal Workers' Local 28**<br>**Attn: Marcia Webb**<br>**601 N. Fairfax Street**<br>**Alexandria, VA 22314-2075** | | | **622,076.55** |
| **Sheet Metal Workers' Local 28**<br>**Target Fund**<br>**195 Mineola Blvd**<br>**Mineola, NY 11501** | **Sheet Metal Workers' Local 28**<br>**Target Fund**<br>**195 Mineola Blvd**<br>**Mineola, NY 11501** | | | **325,301.07** |
| **Standard Tinsmith**<br>**355 Irving Avenue**<br>**Brooklyn, NY 11237** | **Standard Tinsmith**<br>**355 Irving Avenue**<br>**Brooklyn, NY 11237** | **Vendor** | | **120,088.80** |
| **Sovereign Mechanical**<br>**307 7th Avenue**<br>**New York, NY 10001** | **Sovereign Mechanical**<br>**307 7th Avenue**<br>**New York, NY 10001** | **Vendor** | | **119,419.00** |
| **Erlin of Long Island, Inc.**<br>**857 North Richmond Avenue**<br>**Lindenhurst, NY 11757** | **Erlin of Long Island, Inc.**<br>**857 North Richmond Avenue**<br>**Lindenhurst, NY 11757** | **Vendor** | | **81,137.62** |
| **Sheet Metal Workers' Local 28**<br>**Promotion Fund**<br>**16 Court Street**<br>**Brooklyn, NY 11241** | **Sheet Metal Workers' Local 28**<br>**Promotion Fund**<br>**16 Court Street**<br>**Brooklyn, NY 11241** | | | **76,523.37** |

In re    **OMC, Inc.**                                                                Case No. _____

_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Wachovia Bank<br>Attn: Bankruptcy Dept<br>PO Box 13765<br>Roanoke, VA 24037** | **Wachovia Bank<br>Attn: Bankruptcy Dept<br>PO Box 13765<br>Roanoke, VA 24037** | | | **62,637.68** |
| **CYWIAK & CO.<br>19 West 44th Street, Ste 606<br>New York, NY 10036** | **CYWIAK & CO.<br>19 West 44th Street, Ste 606<br>New York, NY 10036** | **Vendor** | | **55,250.00** |
| **Fidelity Investments** | **Fidelity Investments** | | | **53,942.00** |
| **Sheet Metal Workers' Local 28<br>PAP<br>195 Mineola Blvd<br>Mineola, NY 11501** | **Sheet Metal Workers' Local 28<br>PAP<br>195 Mineola Blvd<br>Mineola, NY 11501** | | | **51,289.10** |
| **Precision Testing & Balancing<br>1785 Nereid Avenue<br>Bronx, NY 10466** | **Precision Testing & Balancing<br>1785 Nereid Avenue<br>Bronx, NY 10466** | **Vendor** | | **43,613.00** |
| **Capital Hardware<br>10 Raildroad Avenue<br>Closter, NJ 07624** | **Capital Hardware<br>10 Raildroad Avenue<br>Closter, NJ 07624** | **Vendor** | | **43,113.10** |
| **Airside Products<br>47-40 Metropolitan Avenue<br>Maspeth, NY 11385** | **Airside Products<br>47-40 Metropolitan Avenue<br>Maspeth, NY 11385** | **Vendor** | | **37,706.54** |
| **NY State Insurance Fund<br>Workers Compensation<br>P.O. Box 5262<br>Binghamton, NY 13902-5262** | **NY State Insurance Fund<br>Workers Compensation<br>P.O. Box 5262<br>Binghamton, NY 13902-5262** | | | **35,721.46** |
| **United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711** | **United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711** | | | **35,116.74** |
| **Enery Metal<br>47-55 58th Street<br>Woodside, NY 11377** | **Enery Metal<br>47-55 58th Street<br>Woodside, NY 11377** | **Vendor** | | **33,483.22** |
| **S.W. Anderson Sales<br>63 Daniel Street<br>Farmingdale, NY 11735** | **S.W. Anderson Sales<br>63 Daniel Street<br>Farmingdale, NY 11735** | **Vendor** | | **30,513.62** |
| **Local 282 Welfare Fund<br>2500 Marcus Avenue<br>Lake Success, NY 11042** | **Local 282 Welfare Fund<br>2500 Marcus Avenue<br>Lake Success, NY 11042** | **Pension** | | **27,623.20** |

In re __OMC, Inc._____                    Case No. _____
                                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date __September 15, 2010_____            Signature   **/s/ Michael Checchi**_____

                                                     **Michael Checchi**
                                                     **President**

     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court

## Southern District of New York

In re    **OMC, Inc.** _____ ,
                              Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Michael Checchi** | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **September 15, 2010** _____
            Signature **/s/ Michael Checchi** _____
                         **Michael Checchi**
                         **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

In re   **OMC, Inc.** _____    Case No. _____

                                                          Debtor(s)          Chapter     **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     **September 15, 2010** _____      **/s/ Michael Checchi** _____

                                                            **Michael Checchi/President**

                                                            Signer/Title

ADP
P.O. BOX 9001006
LOUISVILLE, KY 40290-1006


ADT SECURITY SERVICES
BILLING /BANKRUPTCY DEPT.
14200 E. EXPOSITION AVENUE
AURORA, CO 80012


ADVANCED PENSION ACTUARY
100 NORTH CENTRE AVE, STE 400
ROCKVILLE CENTRE, NY 11570


ADVANCED TESTING & BALANCING
657 MEEKER AVENUE
BROOKLYN, NY 11222


AFA PROTECTION SYSTEM
155 MICHAEL DRIVE
SYOSSET, NY 11791


AIR DISTRIBUTION ENTERPRISES
19 WILBUR STREET
LYNBROOK, NY 11563


AIRSIDE PRODUCTS
47-40 METROPOLITAN AVENUE
MASPETH, NY 11385


ALBERT KRAMER
75 KITCHELL LAKE DRIVE
WEST MILFORD, NJ 07408


ALBERT WEISS A/C PRODUCTS
270 MADISON AVENUE
NEW YORK, NY 10016


ALL AROUND SPIRAL
10 FLEETWOOD COURT
RONKONKOMA, NY 11733


ALLIANCE HEALTH
P.O. BOX 3210
FARMINGDALE, NY 11735

ALLSTATE INSULATION CORP.
P.O. BOX 1579
PERTH AMBOY, NJ 08862


AMERICAN EXPRESS
P.O. BOX 2853
NEW YORK, NY 10116


AMERICAN EXPRESS CO.
P.O. BOX 2855
NEW YORK, NY 10116


ANDRE ROBERTS
610 MCDONALD AVENUE
BELLPORT, NY 11713


ANTHONY THOMAS BOILER CORP.
P.O. BOX 1296
BRONX, NY 10453


APPLE AUTO & TRUCK CARE, INC.
102 BRUCKER BLVD.
BRONX, NY 10454


AQUA THIN OF NY
7 EAST 8TH STREET, #208
NEW YORK, NY 10003


AT&T  MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197-6463


AURORA BANK FSB
27472 PORTOLA PARKWAY
SUITE 205 #419
FOOTHILL RANCH, CA 92610


AVAYA
P.O. BOX 5332
NEW YORK, NY 10087


AVAYA
24009 NETWORK PL
CHICAGO, IL 60673

BANK OF AMERICA
MERRILL LYNCH
222 NORTH LASALLE ST, 17TH FL.
CHICAGO, IL 60601


BRONX DESIGN GROUP
2914 WESTCHESTER AVENUE
BRONX, NY 10461


BRONX WELDING SUPPLY
310 WHITTIER STREET
BRONX, NY 10474


BROOKLYN FAN & BLOWER
177 NORTH 7TH STREET
BROOKLYN, NY 11211


BROWN & BROWN OF NY, INC.
65 WEST HILLS ROAD
HUNTINGTON STATION, NY 11746


BYRNE COMPRESSED AIR
81 SCUDDER AVENUE
NORTHPORT, NY 11768


CAPITAL HARDWARE
10 RAILDROAD AVENUE
CLOSTER, NJ 07624


CARRIER
450 WEST 33RD STREET
NEW YORK, NY 10001


CARVIN SKIDMORE
1410 NEW YORK AVENUE, #2F
BROOKLYN, NY 11210


CHECKS & MORE
230 FLATBUSH AVENUE
BROOKLYN, NY 11217


CHEMSEARCH
P.O. BOX 971269
BROOKLYN, NY 11217

CON EDISON OF NEW YORK
JAF STATION
P.O.BOX 1702
NEW YORK, NY 10116-1702


CYWIAK & CO.
19 WEST 44TH STREET, STE 606
NEW YORK, NY 10036


DANIELLO CARTING CO.
P.O. BOX 1303
WHITE PLAINS, NY 10602


DERRICK JOHNSON
611 GATES AVENUE, #1A
BROOKLYN, NY 11211


DONALD LAURENCELL


DONNELLY MECHANICAL
96-59 22ND STREET
QUEENS VILLAGE, NY 11429


EAST COAST CAD
256 GREAT ROAD
LITTLETON, MA 01460


ELLIOT LOPEZ
49 MONARCH DRIVE
NEWBURGH, NY 12550


ENERGY HARDWARE
47-55 58TH STREET
WOODSIDE, NY 11377


ENERY METAL
47-55 58TH STREET
WOODSIDE, NY 11377


EQUITABLE STEEL
4044 PARK AVENUE
BRONX, NY 10457-7395

ERLIN OF LONG ISLAND, INC.
857 NORTH RICHMOND AVENUE
LINDENHURST, NY 11757


EXTERMINARE PEST CONTROL
2022 HILLSIDE AVENUE
NEW HYDE PARK, NY 11040


EXXON MOBIL / GECC
P.O. BOX 688938
DES MOINES, IA 50368-8938


EZ PASS
NEW JERSEY
P.O. BOX 52005
NEWARK, NJ 07101-8205


FEDERAL EXPRESS
P.O. BOX 371461
PITTSBURGH, PA 15250-7461


FIDELITY INVESTMENTS


G.M. INSULATION
P.O. BOX 2188
NEW HYDE PARK, NY 11040


GARY LUNDGREN
14 KNOLLS ROAD
WALLKILL, NY 12589


GIRDIAL TOOLSEE


GUARDIAN
STATE MANDATED DISABILITY
P.O. BOX 12409
NEWARK, NJ 07101-3509


GULF OIL
P.O. BOX 9001001
LOUISVILLE, KY 40290

HARTFORD STEAM BOILER
P.O. BOX 21045
CHICAGO, IL 60673


HECTOR MORALES
800 EAST 149 STREET, APT. 3C
BRONX, NY 10455


HESS OIL
P.O. BOX 905216
CHARLOTTE, NC 28290


INDEPENDANT TESTING
254 NORTH MAIN STREET
NEW CITY, NY 10956


INDEPENDANT TESTING & BALANCE
3941 MERRICK ROAD
SEAFORD, NY 11783


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114


INTERSTATE MECHANICAL SERVICES
51 RAILROAD AVENUE
CLOSTER, NJ 07624


INTREPID CONTROL SERVICES
29-04 FRANCIS LEWIS BLVD
FLUSHING, NY 11358


JANSONS ASSOCIATES
130 MOZART STREET
EAST RUTHERFORD, NJ 07073


JOHN GRANDO, INC.
68-08 WOODSIDE AVENUE
WOODSIDE, NY 11377


JOSEPH PANNONE

KASS INDUSTRIAL SUPPLY
1715 WASHINGTON AVENUE
BRONX, NY 10457


LJR INSULATION
GENERAL CONTRACTING, INC.
31-30 14TH STREET
ASTORIA, NY 11106


LOCAL 282 ANNUITY FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCAL 282 BUILDING FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCAL 282 FUNDS & PLANS
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCAL 282 JOB TRAINING
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCAL 282 MTC IND. PROMO FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCAL 282 PENSION FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCAL 282 WELFARE FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCKFORMER
P.O. BOX 3495
BOSTON, MA 02241-3495


LOUIS DISTEFANO

LOVELL SAFETY MGMT CO., LLC
110 WILLIAMS STREET, 12TH FL.
NEW YORK, NY 10038


MANIFEST FUNDING
P.O. BOX 790448
SAINT LOUIS, MO 63179-2328


MATTHEW MORAN
800 EAST 149TH STREET, APT. 3C
BRONX, NY 10455


MCNICHOLS CO
P.O. BOX 101211
ATLANTA, GA 30392


MET LIFE
P.O. BOX 371888
PITTSBURGH, PA 15250-7888


MET LIFE INSURANCE
P.O. BOX 8500
PHILADELPHIA, PA 19178


NAPCO COPY GRAPHICS
P.O. BOX 234
LYNDHURST, NJ 07071


NEW PALACE PAINTERS
534 EAST 180TH STREET
BRONX, NY 10457


NEW YORKERS FOR KLEIN
C/O LEVISON & SANTORO
18-20 130TH STREET
COLLEGE POINT, NY 11356


NY BUSINESS MACHINE
476 SOUTH BROADWAY
YONKERS, NY 10705


NY STATE INSURANCE FUND
WORKERS COMPENSATION
P.O. BOX 5262
BINGHAMTON, NY 13902-5262

```
NYC DEPT. OF FINANCE
345 ADAMS ST, 3RD FL.
LEGAL AFFAIRS-DEVORA COHN
BROOKLYN, NY 11201-3719


NYC PARKING VIOLATIONS
PECK SLIP STATION
P.O. BOX 2127
NEW YORK, NY 10272


NYC WATER BOARD
CHURCH STREET STATION
P.O. BOX 410
NEW YORK, NY 10008


NYS ASSESSMENT RECEIVABLES
P.O. BOX 4127
BINGHAMTON, NY 13902


NYS CHILD SUPPORT PROCESS CTR
P.O. BOX 15368
ALBANY, NY 12212-5368


NYS DEPARTMENT OF TAX & FINANC
BANKRUPTCY/SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004


PIERPONT MECHANICAL
58-33 57TH DRIVE
MASPETH, NY 11378


PRECISION TESTING & BALANCING
1785 NEREID AVENUE
BRONX, NY 10466


PREMIER INSULATION
59-29 55TH STREET
MASPETH, NY 11378
```

PRO SAFETY SERVICES
20 CEDAR STREET
NEW ROCHELLE, NY 10801


RADIO ACTIVE
10-33 JACKSON AVENUE
LONG ISLAND CITY, NY 11101


RAFAEL RAMOS, JR.
556-A AVENUE E
BAYONNE, NJ 07022


RITE CHECK


RIVERDELL FLOWERS
241 KINDERKAMACK ROAD
ORADELL, NJ 07649


ROBERT C. ANDREW
21-46 49TH STREET
ASTORIA, NY 11105


ROBERT HIGGINS
696 CENTER AVENUE
RIVER EDGE, NJ 07661


ROBERT MCATEER
4488 VANCORTLANDT PARK
BRONX, NY 10467


RYAN MCKENZIE
52 RUSSELL STREET
WHITE PLAINS, NY 10606


S.W. ANDERSON SALES
63 DANIEL STREET
FARMINGDALE, NY 11735


SCRUB CLEAN
3927 HILL AVENUE
BRONX, NY 10466

SECURITY EXCHANGE COMM
THE WOOLWORTH BUILDING
233 BROADWAY- JOHN MURRAY
NEW YORK, NY 10279


SHEET METAL AIR CONDO ASSN NY
16 COURT STREET
BROOKLYN, NY 11241


SHEET METAL WORKERS LOCAL 28
195 MINEOLA BLVD.
MINEOLA, NY 11501


SHEET METAL WORKERS' LOCAL 28
C/O BARNES IACCARINO, ET AL
258 SAW MILL RIVER ROAD
ELMSFORD, NY 10523


SHEET METAL WORKERS' LOCAL 28
PROMOTION FUND
16 COURT STREET
BROOKLYN, NY 11241


SHEET METAL WORKERS' LOCAL 28
PAP
195 MINEOLA BLVD
MINEOLA, NY 11501


SHEET METAL WORKERS' LOCAL 28
ATTN: MARCIA WEBB
601 N. FAIRFAX STREET
ALEXANDRIA, VA 22314-2075


SHEET METAL WORKERS' LOCAL 28
TARGET FUND
195 MINEOLA BLVD
MINEOLA, NY 11501


SHEET METAL WORKERS' NATL PENS
C/O JEFFREY S. DUBIN, ESQ.
464 NEW YORK AVE. STE 100
HUNTINGTON, NY 11743


SOVEREIGN MECHANICAL
307 7TH AVENUE
NEW YORK, NY 10001

```
SPRINT
P.O. BOX 4181
CAROL STREAM, IL 60197


STANDARD TINSMITH
355 IRVING AVENUE
BROOKLYN, NY 11237


STAPLES
P.O. BOX 9020
DES MOINES, IA 50368-9020


STEVE LUNDGREN
80 HUNT ROAD
WALLKILL, NY 12589


STUYVESANT FUEL
6741 5TH AVENUE
BROOKLYN, NY 11220


SUBCONTRACTORS TRADE ASSOC.
1430 BROADWAY
NEW YORK, NY 10018


SUNOCO OIL CO.
P.O. BOX 689156
DES MOINES, IA 50368


THE PAY O MATIC CORP.
160 OAK DRIVE
SYOSSET, NY 11791


TOWER INSURANCE


TSSM, INC.
ATTN: FARRELL FLANNI
250 WEST 39TH STREET
NEW YORK, NY 10018


ULINE
2200 SOUTH LAKESIDE DRIVE
WAUKEGAN, IL 60085
```

UNEEDA BOLT & SCREW CO.
10 CAPITOL DRIVE
MOONACHIE, NJ 07074


UNITED RENTALS
P.O. BOX 100711
ATLANTA, GA 30384-0711


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007


UNUM INSURANCE
99 PARK AVENUE
NEW YORK, NY 10016


US BANCORP
P.O. BOX 580337
MINNEAPOLIS, MN 55458-0337


US BANK VENDOR SERVICES
P.O. BOX 790448
SAINT LOUIS, MO 63179


VERIZON
P.O. BOX 15124
ALBANY, NY 12212-5124


WACHOVIA BANK
ATTN: BANKRUPTCY DEPT
PO BOX 13765
ROANOKE, VA 24037


WACHOVIA BANK
P.O. BOX 96074
CHARLOTTE, NC 28296-0074


WAI LEE
158-14 46TH AVENUE
FLUSHING, NY 11358


WILFREDO ORTIZ
24 FAIRMONT AVENUE
YONKERS, NY 10701

WILLAIM THOMPSON
38 MILL ROAD
FARMINGDALE, NY 11735


WILLIAM THOMPSON


XAVIER CASTRO
3607 DE REIMER AVENUE
BRONX, NY 10466

# United States Bankruptcy Court
## Southern District of New York

In re    __OMC, Inc.__                       Case No.   _____

                               Debtor(s)            Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __OMC, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Michael Checchi**

☐ None [*Check if applicable*]

| | |
|---|---|
| **September 15, 2010** | **/s/ Jonathan S. Pasternak** |
| Date | **Jonathan S. Pasternak** |
| | Signature of Attorney or Litigant |
| | Counsel for __OMC, Inc.__ |
| | **Rattet, Pasternak & Gordon-Oliver, LLP** |
| | **550 Mamaroneck Avenue** |
| | **Suite 510** |
| | **Harrison, NY 10528** |
| | **(914) 381-7400 Fax:(914) 381-7406** |

# United States Bankruptcy Court
## Southern District of New York

In re    **OMC, Inc.**                       Case No. _____

                              Debtor(s)         Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, **Michael Checchi**, declare under penalty of perjury that I am the **President** of  **OMC, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 14th day of September, 2010.

    "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Michael Checchi**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that **Michael Checchi**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that **Michael Checchi**, **President** of this Corporation is authorized and directed to employ **Jonathan S. Pasternak**, attorney and the law firm of **Rattet, Pasternak & Gordon-Oliver, LLP** to represent the corporation in such bankruptcy case."

Date   **September 14, 2010**         Signed   **/s/ Michael Checchi**

                                                 **Michael Checchi**

Resolution of Board of Directors
of
**OMC, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Michael Checchi**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Michael Checchi**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael Checchi**, **President** of this Corporation is authorized and directed to employ **Jonathan S. Pasternak**, attorney and the law firm of **Rattet, Pasternak & Gordon-Oliver, LLP** to represent the corporation in such bankruptcy case.

Date  **September 14, 2010**                           Signed   **/s/ Michael Checchi**