UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:                              )
                                    )   CHAPTER 11
OMC, Inc.                           )
                                    )   CASE NO. 10-14864 (mg)
Debtors.                            )

---

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for the creditors, Sheet Metal Workers International Association Local Union No. 28 Benefit Funds in the above proceeding and pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and 1109 (b) of The United States Bankruptcy Code, demands that any and all notices given or required to be given in the above captioned case, be given to and served upon the undersigned at the post office address and e-mail address set forth below:

> Dana L. Henke
> Barnes, Iaccarino & Shepherd LLP
> 258 Saw Mill River Road
> Elmsford, New York 10523
> Telephone No. (914) 592-1515
> Facsimile No. (914) 592-3213
> dhenke@bislawfirm.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 1109(b) of the United States Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, ex Parte or on notice written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, telex or otherwise which affect or seek to affect in any way the Debtor or the property of the Debtor or any rights or interest of the aforementioned party-in-interest with

respect to the Debtor or its property.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive the above-named entity's right to have final orders in non-core matters entered only after de novo review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory of discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: September 15, 2010
Elmsford, New York

        BARNES, IACCARINO & SHEPHERD LLP
        Attorneys for the Sheet Metal Workers International Association
        Local Union No. 28 Benefit Funds

        By: _____
        Dana L. Henke (DLH3025)
        258 Saw Mill River Road
        Elmsford, New York 10523
        (914) 592-1515