JOEL A. SIEGEL, ESQ.
70 Lafayette Street
New York, New York 10013
(212) 233-6900
*Attorney forBank of America, N.A.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT NEW YORK

---------------------------------------------------x
In the Matter of                          :

    OMC, Inc.,                         :

                              Debtor.
---------------------------------------------------x

Chapter 11

Case No. 10-14864-mg

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE**, that Joel A. Siegel, Esq., appears herein as counsel on behalf of Bank of America, N.A., and pursuant to Rule 9010(b) of the Rules of Bankruptcy Procedure, hereby demands that all notices, pleadings, and other filings given or required in this proceeding be given to and served upon Joel A. Siegel, Esq., 70 Lafayette Street, 7th Floor, New York, New York 10013-4000.

      **PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices, pleadings and papers referred to in Rules of Bankruptcy Procedure, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, letters, and demands made or filed in this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax,

electronically, or otherwise.

Dated: September 15, 2010              JOEL A. SIEGEL, ESQ.
                                       70 Lafayette Street, 7th Floor
                                       New York, NY 10013-4000
                                       (212) 233-6900
                                       Fax: (212) 233-9713
                                       Email: jasnycesq@aol.com


                                   By:_____/s/_____
                                       JOEL A. SIEGEL, ESQ. (JS2974)