RATTET, PASTERNAK & GORDON-OLIVER, LLP
Proposed Attorneys for the Debtor
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

Jonathan S. Pasternak, Esq.
Dawn K. Arnold, Esq.
Jared A. Ullman, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                        Chapter 11
                                                                                    Case No. 10-14864 (JMG)
OMC, INC.

                                    Debtor.
------------------------------------------------------------X

## DECLARATION OF MICHAEL CHECCHI PURSUANT TO LOCAL RULE 1007-2

MICHAEL CHECCHI, being duly sworn, deposes and says:

1.  I am the President of OMC, Inc. (the "Debtor"), and I submit this declaration pursuant to Rule 1007-2 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York.

### BACKGROUND

2.  Since 1986, the Debtor has been and continues to be a leading provider of subcontracting services in the commercial heating ventilation and air conditioning ("HVAC") industry. The Debtor provides several HVAC services for its general contractors, including drafting, fabrication and installation of sheet metal ductwork for commercial buildings. The Debtor principally operates in the New York Metropolitan area, and is located at 4010 Park Avenue, Bronx, New York 10457.

3.  The Debtor has very experienced team of employees, currently totaling forty-four (44),

many of which have been employed by the Debtor for over twenty years. In addition, I have personally been working in the HVAC industry for over forty-one years.

4. The Debtor grew substantially from its inception up until about 2007, when the Debtor like many other companies dependent on a robust construction industry realized a substantial decrease in business. The Debtor's revenues have decreased from approximately $25,000,000 in 2007 to $13,000,000 in 2009.

5. Although the Debtor has been struggling to maintain profitability while weathering the severely difficult economic climate, it has made very substantial efforts to lower its overhead by cutting costs, including a portion of its workforce. These cost cutting efforts have enabled the Debtor to minimize its losses, and position itself to thrive as the economy rebounds.

6. Decreased cash flow rendered the Debtor unable to continue to pay the majority of its employee benefits, many of whom are union employees, in the ordinary course of business. From August 2007 to February 2009, the Debtor accrued approximately $4,000,000 in unpaid union liabilities to the Local 28 Sheet Metal Workers Union (the "Union"), and an additional $1,000,000 to National Pension Funds ("National"). To accommodate the Union, and avoid a bankruptcy filing, the Debtor made several attempts to enter into a settlement which would allow the Union to be paid on a going forward basis, with past due amounts repaid over time.

7. Nevertheless, the parties were unable to reach a viable settlement, and the Debtor was forced to file this chapter 11 case to avoid the potential irreparable harm that would result from a Union strike.

8. The Debtor intends to utilize the bankruptcy process in order to restructure and reorganize its affairs, and specifically to restructure is outstanding liabilities to the Union. To the extent possible, alleviating a large portion of the Debtor's liabilities through chapter 11 would give

it the fresh start it needs to thrive in a less robust economy.

9. The Debtor further believes that the bankruptcy process will provide breathing room from its creditors so that focus can be placed on increasing sales. With the help of counsel, the Debtor can restructure its affairs and propose a plan of reorganization that it is in the best interests of its creditors and affords them the greatest recovery possible.

10. The interests of the Debtor's creditors will best be served by the continued possession of its property and management of its affairs as debtor-in-possession pursuant to Chapter 11 until confirmation of a reorganization plan.

## INFORMATION REQUIRED BY LOCAL BANKRUTPCY RULE 1007

11. In addition to the foregoing, Local Bankruptcy Rule 1007-2 requires certain information related to the Debtor, which is set forth below.

**Local Rule 1007-2(a)(1)**

12. The Debtor is located at 4010 Park Avenue, Bronx, New York 10457, and is engaged in the HVAC industry.

**Local Rule 1007-2(a)(2)**

13. This case was not originally commenced under Chapter 7 or 13 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

**Local Rule 1007-2(a)(3)**

14. Upon information and belief, no committee was organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-2(a)(4)**

15. A list of the names and addresses of the Debtor's 20 largest unsecured claims,

excluding those who would not be entitled to vote at a creditors' meeting and creditors who are "insiders" as that term is defined in 11 U.S.C. Section 101(31) is annexed hereto as **Schedule I**.

**Local Rule 1007-2(a)(5).**

16. A list of the names and addresses of the five largest secured creditors is annexed hereto as **Schedule II**.

**Local Rule 1007-2(a)(6)**

17. A balance sheet will be filed separately pursuant to the requirements set forth in 11 U.S.C. § 521(a).

**Local Rule 1007-2(a)(7)**

18. There are no publicly held securities of the Debtor.

**Local Rule 1007-2(a)(8)**

19. None of the Debtor's property is in the possession of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-2(a)(9)**

20. The Debtor owns its premises located at 4010 Park Avenue, Bronx, New York 10457.

**Local Rule 1007-2(a)(10)**

21. The Debtor's assets, books and records are located at 4010 Park Avenue, Bronx, New York 10457.

**Local Rule 1007-2(a)(11)**

22. The following action is pending against the Debtor:

- Sheet Metal Workers' National Pension Fund; National Energy Management Institute Committee for the Sheet Metal and Air Conditioning Industry; Sheet Metal Occupational Health Institute Trust; International Training Institute for the Sheet Metal and Air Conditioning Industry; and National Stabilization Agreement of the Sheet Metal Industry Fund v. OMC, Inc. and Michael Checchi, individually, United States District Court Southern District of New York, Civil Action No. 10-cv-0911 (GBD)(THK).

**Local Rule 1007-2(a)(12)**

23. The Debtor's senior management currently is comprised of Michael Checchi, President.

**Local Rule 1007-2(b)(1) and (2)**

24. The Debtor's estimated weekly payroll to non-officer employees for the thirty (30) day period following the Chapter 11 petition is $256,364.33.

25. The Debtor's estimated weekly payroll and payments to officers, stockholders, and directors for the thirty (30) day period following the Chapter 11 petition is $50,968.67.

**Local Rule 1007-2(b)(3)**

26. A schedule, for the 30 day period following the filing of the chapter 11 petition, of estimated cash receipts and disbursements is annexed hereto as **Schedule III.**

## CONCLUSION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

By: _/s/ Michael Checchi_
Michael Checchi, President

# SCHEDULE I

## 20 largest Unsecured Creditors

**See Attached.**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  OMC, Inc.  
                                    Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Sheet Metal Workers' Local 28<br>c/o Barnes Iaccarino, et al<br>258 Saw Mill River Road<br>Elmsford, NY 10523 | Sheet Metal Workers' Local 28<br>c/o Barnes Iaccarino, et al<br>258 Saw Mill River Road<br>Elmsford, NY 10523 | | | 2,353,302.22 |
| Sheet Metal Workers' Natl Pens<br>c/o Jeffrey S. Dubin, Esq.<br>464 New York Ave. Ste 100<br>Huntington, NY 11743 | Sheet Metal Workers' Natl Pens<br>c/o Jeffrey S. Dubin, Esq.<br>464 New York Ave. Ste 100<br>Huntington, NY 11743 | | | 1,352,484.72 |
| Sheet Metal Workers' Local 28<br>Attn: Marcia Webb<br>601 N. Fairfax Street<br>Alexandria, VA 22314-2075 | Sheet Metal Workers' Local 28<br>Attn: Marcia Webb<br>601 N. Fairfax Street<br>Alexandria, VA 22314-2075 | | | 622,076.55 |
| Sheet Metal Workers' Local 28<br>Target Fund<br>195 Mineola Blvd<br>Mineola, NY 11501 | Sheet Metal Workers' Local 28<br>Target Fund<br>195 Mineola Blvd<br>Mineola, NY 11501 | | | 325,301.07 |
| Standard Tinsmith<br>355 Irving Avenue<br>Brooklyn, NY 11237 | Standard Tinsmith<br>355 Irving Avenue<br>Brooklyn, NY 11237 | Vendor | | 120,088.80 |
| Sovereign Mechanical<br>307 7th Avenue<br>New York, NY 10001 | Sovereign Mechanical<br>307 7th Avenue<br>New York, NY 10001 | Vendor | | 119,419.00 |
| Erlin of Long Island, Inc.<br>857 North Richmond Avenue<br>Lindenhurst, NY 11757 | Erlin of Long Island, Inc.<br>857 North Richmond Avenue<br>Lindenhurst, NY 11757 | Vendor | | 81,137.62 |
| Sheet Metal Workers' Local 28<br>Promotion Fund<br>16 Court Street<br>Brooklyn, NY 11241 | Sheet Metal Workers' Local 28<br>Promotion Fund<br>16 Court Street<br>Brooklyn, NY 11241 | | | 76,523.37 |

B4 (Official Form 4) (12/07) - Cont.

In re  OMC, Inc.
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Wachovia Bank<br>Attn: Bankruptcy Dept<br>PO Box 13765<br>Roanoke, VA 24037 | Wachovia Bank<br>Attn: Bankruptcy Dept<br>PO Box 13765<br>Roanoke, VA 24037 | | | 62,637.68 |
| CYWIAK & CO.<br>19 West 44th Street, Ste 606<br>New York, NY 10036 | CYWIAK & CO.<br>19 West 44th Street, Ste 606<br>New York, NY 10036 | Vendor | | 55,250.00 |
| Fidelity Investments | Fidelity Investments | | | 53,942.00 |
| Sheet Metal Workers' Local 28<br>PAP<br>195 Mineola Blvd<br>Mineola, NY 11501 | Sheet Metal Workers' Local 28<br>PAP<br>195 Mineola Blvd<br>Mineola, NY 11501 | | | 51,289.10 |
| Precision Testing & Balancing<br>1785 Nereid Avenue<br>Bronx, NY 10466 | Precision Testing & Balancing<br>1785 Nereid Avenue<br>Bronx, NY 10466 | Vendor | | 43,613.00 |
| Capital Hardware<br>10 Raildroad Avenue<br>Closter, NJ 07624 | Capital Hardware<br>10 Raildroad Avenue<br>Closter, NJ 07624 | Vendor | | 43,113.10 |
| Airside Products<br>47-40 Metropolitan Avenue<br>Maspeth, NY 11385 | Airside Products<br>47-40 Metropolitan Avenue<br>Maspeth, NY 11385 | Vendor | | 37,706.54 |
| NY State Insurance Fund<br>Workers Compensation<br>P.O. Box 5262<br>Binghamton, NY 13902-5262 | NY State Insurance Fund<br>Workers Compensation<br>P.O. Box 5262<br>Binghamton, NY 13902-5262 | | | 35,721.46 |
| United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | | | 35,116.74 |
| Enery Metal<br>47-55 58th Street<br>Woodside, NY 11377 | Enery Metal<br>47-55 58th Street<br>Woodside, NY 11377 | Vendor | | 33,483.22 |
| S.W. Anderson Sales<br>63 Daniel Street<br>Farmingdale, NY 11735 | S.W. Anderson Sales<br>63 Daniel Street<br>Farmingdale, NY 11735 | Vendor | | 30,513.62 |
| Local 282 Welfare Fund<br>2500 Marcus Avenue<br>Lake Success, NY 11042 | Local 282 Welfare Fund<br>2500 Marcus Avenue<br>Lake Success, NY 11042 | Pension | | 27,623.20 |

B4 (Official Form 4) (12/07) - Cont.

In re  **OMC, Inc.**                                              Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 15, 2010**          Signature  **/s/ Michael Checchi**
                                                **Michael Checchi**
                                                **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# SCHEDULE II

## Five Largest Secured Creditors

| | | |
|---|---|---|
| **Aurora Bank FSB** | 27472 Portola Parkway<br>Suite 205 #419<br>Foothill Ranch, CA 92610 | $1,600,000 |
| **Bank of America/<br>Merrill Lynch** | 222 North LaSalle St, 17th Fl.<br>Chicago, IL 60601 | $750,000 |
| **US Bancorp** | P.O. Box 580337<br>Minneapolis, MN 55458-0337 | $181,600 |
| **Navistar** | 425 N. Markingdale Road<br>Schaumburg, IL 60173 | $88,500 |
| **Ford Motor Credit** | P.O. Box 220564<br>Pittsburgh, PA 15257 | $33,275 |

# SCHEDULE III

## ESTIMATED 30 DAY RECEIPTS AND DISBURSEMENTS

**See attached.**

# CASH RECEIPTS PROJECTION

| CASH RECEIPTS PROJECTION | WEEKLY | MONTHLY |
|---|---|---|
| | $200,000.00 | $800,000.00 |

# BUDGET PROJECTION

| FACTORY | WEEKLY | MONTHLY |
|---|---|---|
| **MATERIAL & HARDWARE** | | |
| ALLSTATE INSULLATION | $300.00 | $1,200.00 |
| ANDERSON SALES | $8,500.00 | $34,000.00 |
| ENERGY HARDWARE | $500.00 | $2,000.00 |
| BRONX WELDING | $115.00 | $460.00 |
| COLONIAL STEEL | $185.00 | $740.00 |
| ENERGY METAL | $692.00 | $2,768.00 |
| KASS INDUSTRIAL | $69.00 | $276.00 |
| UNEEDA BOLT & SCREW | $115.00 | $460.00 |
| **MATERIAL & HARDWARE SUB** | $10,476.00 | $41,904.00 |
| | | |
| DANIELLO/GARBAGE | $500.00 | $2,000.00 |
| ADT SECURITY | $84.00 | $336.00 |
| AFA PROTECTION | $70.00 | $280.00 |
| ALLSTATE SPRIKLER | $39.00 | $156.00 |
| ANTHONY THOMAS BOILER | $76.00 | $304.00 |
| ARCH SNOW PLOW | $75.00 | $300.00 |
| BANNER SALES/DUCT LABELS | $27.00 | $108.00 |
| BYRNE COMPRESSED AIR | $47.00 | $188.00 |
| CASTLE HILL ELECTRIC | $46.00 | $184.00 |
| CHEMSEARCH | $35.00 | $140.00 |
| EXTERMINARE PEST CONTROL | $38.00 | $152.00 |
| GRAINGER | $69.00 | $276.00 |
| HESS OIL/WINTER FUEL | $615.00 | $2,460.00 |
| MAJOR FIRE CONTROL/EXTINGUISERS | $19.00 | $76.00 |
| McMASTER CARR | $23.00 | $92.00 |
| NEW PALACE PAINT | $12.00 | $48.00 |
| NYC WATER BOARD | $54.00 | $216.00 |
| U-LINE SUPPLIES | $54.00 | $216.00 |
| **SUB-TOTAL** | $1,883.00 | $7,532.00 |
| **SUB-TOTAL FACTORY** | $12,359.00 | $49,436.00 |

| STEEL | WEEKLY | MONTHLY |
|---|---|---|
| EQUITABLE | | |
| ERLIN | | |
| STANDARD | $21,000.00 | $84,000.00 |
| McNICHOLS | $46.00 | $184.00 |
| **SUB-TOTAL** | $21,046.00 | $84,184.00 |

# BUDGET PROJECTION

| OFFICE EXPENSES | WEEKLY | MONTHLY |
|---|---|---|
| **OFFICE CLEANING** | | |
| ALPHA & OMEGA | $75.00 | $300.00 |
| SCRUB CLEAN | $19.00 | $76.00 |
| | | |
| **TELEPHONE** | | |
| AT&T | | |
| SPRINT | $577.00 | $2,308.00 |
| AVAYA MAINTENANCE | $65.00 | $260.00 |
| RADIO ACTIVE | $12.00 | $48.00 |
| VERIZON | $231.00 | $924.00 |
| | | |
| MORTGAGE | $2,493.00 | $9,972.00 |
| BRONX DESIGN/STATIONARY | $23.00 | $92.00 |
| CABLEVISION | $15.00 | $60.00 |
| DONNELLY MECH/AC STARTUP | $35.00 | $140.00 |
| NY BUSINESS MACHINE | $81.00 | $324.00 |
| FED EX/SHIPPING | $23.00 | $92.00 |
| NAPCO/BLUEPRINT MATERIAL | $231.00 | $924.00 |
| **SUB-TOTAL** | $3,880.00 | $15,520.00 |

| VEHICLE EXPENSES | WEEKLY | MONTHLY |
|---|---|---|
| APPLE AUTO & TRUCK/GAS & REPAIRS | $700.00 | $2,800.00 |
| CENTRAL PARKING | $92.00 | $368.00 |
| HANSEL TIRE | $12.00 | $48.00 |
| NY & NJ EZ PASS | $577.00 | $2,308.00 |
| NYC PARKING VIOLATIONS | $46.00 | $184.00 |
| NYS HIGHWAY TAX | $19.00 | $76.00 |
| **SUB-TOTAL** | $1,446.00 | $5,784.00 |

| REPAIRS & MAINTENANCE | WEEKLY | MONTHLY |
|---|---|---|
| AQUATHIN | $31.00 | $124.00 |
| F&J MECHANICAL REPAIR | $69.00 | $276.00 |
| HADO MACHINERY | $12.00 | $48.00 |
| **SUB-TOTAL** | $112.00 | $448.00 |

## *BUDGET PROJECTION*

| PAYROLL | WEEKLY | MONTHLY |
|---|---|---|
| PAYROLL PROCESSING | $350.00 | $1,400.00 |
| GARNISHMENT | $225.00 | $900.00 |
| **PAYROLL W/E** | | |
| OFFICE/ADMINISTRATIVE | $8,259.00 | $33,036.00 |
| OFFICER | $11,762.00 | $47,048.00 |
| UNION(LCL 28 & LCL282) | $64,980.00 | $259,920.00 |
| **UNIONS** | | |
| **LOCAL 28** | | |
| WEEKLY | | |
| PENSION | $45,000.00 | $180,000.00 |
| **LOCAL 282** | | |
| WEEKLY | $2,500.00 | $10,000.00 |
| **SUB-TOTAL** | $133,076.00 | $532,304.00 |
| **INSURANCE** | **WEEKLY** | **MONTHLY** |
| **WORKERS' COMPENSATION** | | |
| THE STATE INSURANCE FUND | $4,289.00 | $17,156.00 |
| LOVELL SAFETY | $442.00 | $1,768.00 |
| **GL/COMMERCIAL** | | |
| IMPERIAL CREDIT | $4,297.00 | $17,188.00 |
| **AUTO INSURANCE** | | |
| TOWER INSURANCE | $1,660.00 | $6,640.00 |
| GUARDIAN - STATE MANDATED DISABILITY | $169.00 | $676.00 |
| HEALTHNET | $444.00 | $1,776.00 |
| HEALTHNET MEDICAL | $2,123.00 | $8,492.00 |
| UNUM/LTD | $173.00 | $692.00 |
| **SUB-TOTAL** | $13,597.00 | $54,388.00 |

# BUDGET PROJECTION

| LEASED EQUIPMENT | WEEKLY | MONTHLY |
|---|---|---|
| SHED/LIJ | $38.00 | $152.00 |
| SUB-TOTAL | $38.00 | $152.00 |

| UTILITIES | WEEKLY | MONTHLY |
|---|---|---|
| CON ED | $1,223.00 | $4,892.00 |
| SUB-TOTAL | $1,223.00 | $4,892.00 |

| PROFESSIONAL LEGAL & ACCOUNTING SERVICES | WEEKLY | MONTHLY |
|---|---|---|
| CYWIAK/ACCOUNTANT | $1,312.50 | $5,250.00 |
| SUB-TOTAL | $1,312.50 | $5,250.00 |

| COMPUTER SERVICES | WEEKLY | MONTHLY |
|---|---|---|
| EAST COAST CAD | $101.00 | $404.00 |
| FLEXIBLE BUSINESS SYSTEM/MONITORING | $69.00 | $276.00 |
| LOCKFORMER/UPDATES | $12.00 | $48.00 |
| LOCKFORMER/MAINTENANCE | $48.00 | $192.00 |
| SUB-TOTAL | $230.00 | $920.00 |

| LOANS PAYABLE | WEEKLY | MONTHLY |
|---|---|---|
| MERRILL LYNCH (INTEREST ONLY) | $1,350.00 | $5,400.00 |
| SUB-TOTAL | $1,350.00 | $5,400.00 |

| TOTAL | $189,669.50 | $758,678.00 |
|---|---|---|