# BUDGET PROJECTION

## CASH RECEIPTS

| | WE 9/15 - 9/24 | WE 10/1 | WE 10/8 | WE 10/8 | TOTAL |
|---|---|---|---|---|---|
| | $200,000.00 | $200,000.00 | $200,000.00 | $200,000.00 | $800,000.00 |

## FACTORY

| | WE 9/15 - 9/24 | WE 10/1 | WE 10/8 | WE 10/8 | TOTAL |
|---|---|---|---|---|---|
| MATERIAL & HARDWARE | | | | | |
| ALLSTATE INSULLATION | $300.00 | $300.00 | $300.00 | $300.00 | $1,200.00 |
| ANDERSON SALES | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $34,000.00 |
| ENERGY HARDWARE | $500.00 | $500.00 | $500.00 | $500.00 | $2,000.00 |
| BRONX WELDING | $115.00 | $115.00 | $115.00 | $115.00 | $460.00 |
| COLONIAL STEEL | $185.00 | $185.00 | $185.00 | $185.00 | $740.00 |
| ENERGY METAL | $692.00 | $692.00 | $692.00 | $692.00 | $2,768.00 |
| KASS INDUSTRIAL | $69.00 | $69.00 | $69.00 | $69.00 | $276.00 |
| UNEEDA BOLT & SCREW | $115.00 | $115.00 | $115.00 | $115.00 | $460.00 |
| MATERIAL & HARDWARE SUB | $10,476.00 | $10,476.00 | $10,476.00 | $10,476.00 | $41,904.00 |
| | | | | | |
| DANIELLO/GARBAGE | $500.00 | $500.00 | $500.00 | $500.00 | $2,000.00 |
| ADT SECURITY | $84.00 | $84.00 | $84.00 | $84.00 | $336.00 |
| AFA PROTECTION | $70.00 | $70.00 | $70.00 | $70.00 | $280.00 |
| ALLSTATE SPRIKLER | $39.00 | $39.00 | $39.00 | $39.00 | $156.00 |
| ANTHONY THOMAS BOILER | $76.00 | $76.00 | $76.00 | $76.00 | $304.00 |
| ARCH SNOW PLOW | $75.00 | $75.00 | $75.00 | $75.00 | $300.00 |
| BANNER SALES/DUCT LABELS | $27.00 | $27.00 | $27.00 | $27.00 | $108.00 |
| BYRNE COMPRESSED AIR | $47.00 | $47.00 | $47.00 | $47.00 | $188.00 |
| CASTLE HILL ELECTRIC | $46.00 | $46.00 | $46.00 | $46.00 | $184.00 |
| CHEMSEARCH | $35.00 | $35.00 | $35.00 | $35.00 | $140.00 |
| EXTERMINARE PEST CONTROL | $38.00 | $38.00 | $38.00 | $38.00 | $152.00 |
| GRAINGER | $69.00 | $69.00 | $69.00 | $69.00 | $276.00 |
| HESS OIL/WINTER FUEL | $615.00 | $615.00 | $615.00 | $615.00 | $2,460.00 |
| MAJOR FIRE CONTROL/EXTINGUISERS | $19.00 | $19.00 | $19.00 | $19.00 | $76.00 |
| McMASTER CARR | $23.00 | $23.00 | $23.00 | $23.00 | $92.00 |
| NEW PALACE PAINT | $12.00 | $12.00 | $12.00 | $12.00 | $48.00 |
| NYC WATER BOARD | $54.00 | $54.00 | $54.00 | $54.00 | $216.00 |
| U-LINE SUPPLIES | $54.00 | $54.00 | $54.00 | $54.00 | $216.00 |
| SUB-TOTAL | $1,883.00 | $1,883.00 | $1,883.00 | $1,883.00 | $7,532.00 |
| SUB-TOTAL FACTORY | $12,359.00 | $12,359.00 | $12,359.00 | $12,359.00 | $49,436.00 |

09/16/2010 10:28 FAX    GMC INC    ☒002/006

# BUDGET PROJECTION

## STEEL

| STEEL | WE 9/15 - 9/24 | WE 10/1 | WE 10/8 | WE 10/8 | TOTAL |
|---|---|---|---|---|---|
| EQUITABLE | | | | | |
| ERLIN | | | | | |
| STANDARD | $21,000.00 | $21,000.00 | $21,000.00 | $21,000.00 | $84,000.00 |
| McNICHOLS | $46.00 | $46.00 | $46.00 | $46.00 | $184.00 |
| SUB-TOTAL | $21,046.00 | $21,046.00 | $21,046.00 | $21,046.00 | $84,184.00 |

## OFFICE EXPENSES

| OFFICE EXPENSES | WE 9/15 - 9/24 | WE 10/1 | WE 10/8 | WE 10/8 | TOTAL |
|---|---|---|---|---|---|
| OFFICE CLEANING | | | | | |
| ALPHA & OMEGA | $75.00 | $75.00 | $75.00 | $75.00 | $300.00 |
| SCRUB CLEAN | $19.00 | $19.00 | $19.00 | $19.00 | $76.00 |
| TELEPHONE | | | | | |
| AT&T | | | | | |
| SPRINT | $577.00 | $577.00 | $577.00 | $577.00 | $2,308.00 |
| AVAYA MAINTENANCE | $65.00 | $65.00 | $65.00 | $65.00 | $260.00 |
| RADIO ACTIVE | $12.00 | $12.00 | $12.00 | $12.00 | $48.00 |
| VERIZON | $231.00 | $231.00 | $231.00 | $231.00 | $924.00 |
| MORTGAGE | $2,493.00 | $2,493.00 | $2,493.00 | $2,493.00 | $9,972.00 |
| BRONX DESIGN/STATIONARY | $23.00 | $23.00 | $23.00 | $23.00 | $92.00 |
| CABLEVISION | $15.00 | $15.00 | $15.00 | $15.00 | $60.00 |
| DONNELLY MECH/AC STARTUP | $35.00 | $35.00 | $35.00 | $35.00 | $140.00 |
| NY BUSINESS MACHINE | $81.00 | $81.00 | $81.00 | $81.00 | $324.00 |
| FED EX/SHIPPING | $23.00 | $23.00 | $23.00 | $23.00 | $92.00 |
| NAPCO/BLUEPRINT MATERIAL | $231.00 | $231.00 | $231.00 | $231.00 | $924.00 |
| SUB-TOTAL | $3,880.00 | $3,880.00 | $3,880.00 | $3,880.00 | $15,520.00 |

# BUDGET PROJECTION

| VEHICLE EXPENSES | WE 9/15 - 9/24 | WE 10/1 | WE 10/8 | WE 10/8 | TOTAL |
|---|---|---|---|---|---|
| APPLE AUTO & TRUCK/GAS & REPAIRS | $700.00 | $700.00 | $700.00 | $700.00 | $2,800.00 |
| CENTRAL PARKING | $92.00 | $92.00 | $92.00 | $92.00 | $368.00 |
| HANSEL TIRE | $12.00 | $12.00 | $12.00 | $12.00 | $48.00 |
| NY & NJ EZ PASS | $577.00 | $577.00 | $577.00 | $577.00 | $2,308.00 |
| NYC PARKING VIOLATIONS | $46.00 | $46.00 | $46.00 | $46.00 | $184.00 |
| NYS HIGHWAY TAX | $19.00 | $19.00 | $19.00 | $19.00 | $76.00 |
| SUB-TOTAL | $1,446.00 | $1,446.00 | $1,446.00 | $1,446.00 | $5,784.00 |

| REPAIRS & MAINTENANCE | WE 9/15 - 9/24 | WE 10/1 | WE 10/8 | WE 10/8 | TOTAL |
|---|---|---|---|---|---|
| AQUATHIN | $31.00 | $31.00 | $31.00 | $31.00 | $124.00 |
| F&J MECHANICAL REPAIR | $69.00 | $69.00 | $69.00 | $69.00 | $276.00 |
| HADO MACHINERY | $12.00 | $12.00 | $12.00 | $12.00 | $48.00 |
| SUB-TOTAL | $112.00 | $112.00 | $112.00 | $112.00 | $448.00 |

| PAYROLL | WE 9/15 - 9/24 | WE 10/1 | WE 10/8 | WE 10/8 | TOTAL |
|---|---|---|---|---|---|
| PAYROLL PROCESSING | $350.00 | $350.00 | $350.00 | $350.00 | $1,400.00 |
| GARNISHMENT | $225.00 | $225.00 | $225.00 | $225.00 | $900.00 |
| PAYROLL W/E | | | | | |
| OFFICE/ADMINISTRATIVE OFFICER | $8,259.00 | $8,259.00 | $8,259.00 | $8,259.00 | $33,036.00 |
| UNION(LCL 28 & LCL282) | $11,762.00 | $11,762.00 | $11,762.00 | $11,762.00 | $47,048.00 |
| | $64,980.00 | $64,980.00 | $64,980.00 | $64,980.00 | $259,920.00 |
| UNIONS | | | | | |
| LOCAL 28 | | | | | |
| WEEKLY PENSION | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $180,000.00 |
| LOCAL 282 | | | | | |
| WEEKLY | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $10,000.00 |
| SUB-TOTAL | $133,076.00 | $133,076.00 | $133,076.00 | $133,076.00 | $532,304.00 |

# BUDGET PROJECTION

## INSURANCE

| | WE 9/15 - 9/24 | WE 10/1 | WE 10/8 | WE 10/8 | TOTAL |
|---|---|---|---|---|---|
| **WORKERS' COMPENSATION** | | | | | |
| THE STATE INSURANCE FUND | $4,289.00 | $4,289.00 | $4,289.00 | $4,289.00 | $17,156.00 |
| LOVELL SAFETY | $442.00 | $442.00 | $442.00 | $442.00 | $1,768.00 |
| **GL/COMMERCIAL** | | | | | |
| IMPERIAL CREDIT | $4,297.00 | $4,297.00 | $4,297.00 | $4,297.00 | $17,188.00 |
| **AUTO INSURANCE** | | | | | |
| TOWER INSURANCE | $1,660.00 | $1,660.00 | $1,660.00 | $1,660.00 | $6,640.00 |
| GUARDIAN - STATE MANDATED DISABILITY | $169.00 | $169.00 | $169.00 | $169.00 | $676.00 |
| HEALTHNET | $444.00 | $444.00 | $444.00 | $444.00 | $1,776.00 |
| HEALTHNET MEDICAL | $2,123.00 | $2,123.00 | $2,123.00 | $2,123.00 | $8,492.00 |
| UNUM/LTD | $173.00 | $173.00 | $173.00 | $173.00 | $692.00 |
| **SUB-TOTAL** | $13,597.00 | $13,597.00 | $13,597.00 | $13,597.00 | $54,388.00 |

## LEASED EQUIPMENT

| | WE 9/15 - 9/24 | WE 10/1 | WE 10/8 | WE 10/8 | TOTAL |
|---|---|---|---|---|---|
| SHED/LII | $38.00 | $38.00 | $38.00 | $38.00 | $152.00 |
| **SUB-TOTAL** | $38.00 | $38.00 | $38.00 | $38.00 | $152.00 |

## UTILITIES

| | WE 9/15 - 9/24 | WE 10/1 | WE 10/8 | WE 10/8 | TOTAL |
|---|---|---|---|---|---|
| CON ED | $1,223.00 | $1,223.00 | $1,223.00 | $1,223.00 | $4,892.00 |
| **SUB-TOTAL** | $1,223.00 | $1,223.00 | $1,223.00 | $1,223.00 | $4,892.00 |

# BUDGET PROJECTION

| PROFESSIONAL LEGAL & ACCOUNTING SERVICES | WE 9/15 - 9/24 | WE 10/1 | WE 10/8 | WE 10/8 | TOTAL |
|---|---|---|---|---|---|
| CYWIAK/ACCOUNTANT | $1,312.50 | $1,312.50 | $1,312.50 | $1,312.50 | $5,250.00 |
| SUB-TOTAL | $1,312.50 | $1,312.50 | $1,312.50 | $1,312.50 | $5,250.00 |

| COMPUTER SERVICES | WE 9/15 - 9/24 | WE 10/1 | WE 10/8 | WE 10/8 | TOTAL |
|---|---|---|---|---|---|
| EAST COAST CAD | $101.00 | $101.00 | $101.00 | $101.00 | $404.00 |
| FLEXIBLE BUSINESS SYSTEM/MONITORING | $69.00 | $69.00 | $69.00 | $69.00 | $276.00 |
| LOCKFORMER/UPDATES | $12.00 | $12.00 | $12.00 | $12.00 | $48.00 |
| LOCKFORMER/MAINTENANCE | $48.00 | $48.00 | $48.00 | $48.00 | $192.00 |
| SUB-TOTAL | $230.00 | $230.00 | $230.00 | $230.00 | $920.00 |

| LOANS PAYABLE | WE 9/15 - 9/24 | WE 10/1 | WE 10/8 | WE 10/8 | TOTAL |
|---|---|---|---|---|---|
| MERRILL LYNCH (INTEREST ONLY) | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 | $5,400.00 |
| SUB-TOTAL | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 | $5,400.00 |

| TOTAL | $189,669.50 | $189,669.50 | $189,669.50 | $189,669.50 | $758,678.00 |
|---|---|---|---|---|---|
| NET AVAILABLE | $10,330.50 | $10,330.50 | $10,330.50 | $10,330.50 | $41,322.00 |