UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                          Chapter 11
                                                                Case No. 10-14864 (MG)
OMC, INC.

                             Debtor.
---------------------------------------------------------------X

**ORDER SCHEDULING A PRELIMINARY HEARING ON THE DEBTOR'S MOTION SEEKING (A) AUTHORITY TO (1) PAY AND HONOR CERTAIN PREPETITION CLAIMS FOR (I) WAGES, (II) WITHHOLDINGS, (III) UNION DEDUCTIONS, AND (IV) OTHER DEDUCTIONS; (2) CONTINUE TO PROVIDE EMPLOYEE BENEFITS IN THE ORDINARY COURSE OF BUSINESS; AND (3) PAY ALL RELATED COSTS AND EXPENSES; AND (B) DIRECTING BANKS TO RECEIVE, PROCESS, HONOR AND PAY ALL CHECKS PRESENTED FOR PAYMENT AND ELECTRONIC PAYMENT REQUESTS RELATING TO THE FOREGOING**

      **UPON** the motion for entry of an Order (A) scheduling a hearing on shortened notice authorizing the Debtor to, (1) pay and honor certain prepetition claims for (i) wages, (ii) withholdings, (iii) union deductions, and (iv) other deductions; (2) continue to provide employee benefits in the ordinary course of business; (3) pay all related costs and expenses; and (B) directing banks to receive, process, honor and pay all checks presented for payment and electronic payment requests relating to the foregoing (the "Motion") filed by the above captioned debtor and debtor -in -possession (the "Debtor"), pursuant to sections to §§ 105(a), 363(b) and 507(a)(4) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2002, 6003 and 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

      **IT APPEARING THAT** unless an expedited hearing is held on the Motion, immediate and irreparable harm and injury to the Debtor and its estate will occur; and

1

good and sufficient cause appearing therefore, as more specifically set forth in the Motion and the Affirmation of Jonathan S. Pasternak, Esq. pursuant to S.D.N.Y. LBR 9077-1(a), it is

**ORDERED,** that a preliminary hearing will be held, in accordance with Bankruptcy Rule 2002, 6003 and 9006, before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408 on **September 17, 2010 at 11:00 a.m.**, to consider entry of the proposed Order pursuant to §§ 105(a), 363(b) and 507(a)(4) of the Bankruptcy Code, authorizing the Debtor to , (1) pay and honor certain prepetition claims for (i) wages, (ii) withholdings, (iii) union deductions, and (iv) other deductions; (2) continue to provide employee benefits in the ordinary course of business; (3) pay all related costs and expenses; and (B) directing banks to receive, process, honor and pay all checks presented for payment and electronic payment requests relating to the foregoing.

**ORDERED,** that service of a copy of this Order and the Motion (including exhibits hereto) by overnight delivery upon (i) the United States Trustee for the Southern District of New York, (ii) all Secured Creditors, (iii) and Merrill Lynch, on or before September 16, 2010 at 6:30 p.m. by electronic mail shall be deemed good and sufficient service and notice of the Motion and the relief sought therein; and it is further

**ORDERED,** that objections, if any, to the relief requested in the Motion shall be in writing, shall specify the basis for such objections, shall identify the name of the objecting party and the basis and nature of its objection, and shall be filed with the Clerk of the Court and served upon Rattet, Pasternak & Gordon-Oliver, LLP, attorneys for the

Debtor, 550 Mamaroneck Avenue, Harrison, New York 10528, Attn: Jonathan S. Pasternak, Esq. and the United States Trustee for the Southern District of New York with a courtesy copy delivered directly to chambers, so that they are received at the hearing.


Dated: New York, New York
       **September 16, 2010**

                                        _/s/Martin Glenn_
                                      HONORABLE MARTIN GLENN
                                  UNITED STATES BANKRUPTCY JUDGE