UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                         Chapter 11
                                                                                             Case No. 10-14864 (MG)

OMC, INC.

                               Debtor.

-------------------------------------------------------------X

## **ORDER SCHEDULING INITIAL CASE CONFERENCE**

       The above-captioned debtor having filed its petition for reorganization under Chapter 11 of the Bankruptcy Code on or about September 15, 2010 and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

       **ORDERED**, pursuant to 11 U.S.C. Section 105(d), that an initial case management conference will be conducted by the Honorable Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, Courtroom 501, New York, New York 10004, on **October 13, 2010 at 2:00 p.m.**, or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, <u>inter alia</u>, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables and scheduling of additional case management conferences; and it is further

       **ORDERED**, that the Debtor shall give notice by mail of this order at least seven (7) days prior to the scheduled conference to: (a) all creditors; (c) the United States Trustee; (d) and all parties who have filed notices of appearance and request for papers.

Dated: New York, New York
       **September 20, 2010**

                                                    **/s/Martin Glenn**
                                               HONORABLE MARTIN GLENN
                                               UNITED STATES BANKRUPTCY JUDGE