# United States Bankruptcy Court
## Southern District of New York

In re    **OMC, Inc.**                      Case No.    **10-14864**

                                      Debtor                  Chapter                 **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,000,000.00 | | |
| B - Personal Property | Yes | 4 | 3,675,361.61 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,347,275.23 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 9,298.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 7,404,778.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 5,675,361.61 | | |
| Total Liabilities | | | | 9,761,351.89 | |

# United States Bankruptcy Court
## Southern District of New York

In re    **OMC, Inc.**

Case No. _____**10-14864**_____

Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **OMC, Inc.**                               ,      Case No.   **10-14864**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4010 Park Avenue, Bronx, New York 10457** | **Owner** | - | **2,000,000.00** | **1,597,275.23** |

| | | |
|---|---|---|
| Sub-Total > | **2,000,000.00** | (Total of this page) |
| Total > | **2,000,000.00** | |

<u>  0  </u>  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re   **OMC, Inc.**                  Case No.   **10-14864**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | | **Cash** | - | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Capital One Money Market Account** | - | 3,913.74 |
| | | **Capital One Operating Account Ending in 2371** | - | 0.00 |
| | | **Capital One Payroll Account Ending in 0637** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Con Edison** | - | 8,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **William Penn Life Insurance Co.** **$5,000,000.00 Term Life Insurance Policy Contingent on the Life of Michael Checchi Debtor Named as Beneficiary Expires 6/17/2014** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | 11,913.74 |
| (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re  **OMC, Inc.**                                                    Case No.  **10-14864**
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (Not Taking in Account 3A Funds)** | - | 3,431,997.87 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total >    3,431,997.87 |
|---|---|
|  | (Total of this page) |

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re    **OMC, Inc.**                                              Case No. __**10-14864**__
_____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Ford Escort** **Vin #: 3FAFP15P9XR103791** | - | 0.00 |
| | | **2002 Ford Van** **Vin #: 1FTSE34L42HB26415** | - | 0.00 |
| | | **2003 Ford Explorer** **Vin #: 1FMZU72K63UC43551** | - | 0.00 |
| | | **1994 International** **Vin #: 1HTSCACP6RH578748** | - | 0.00 |
| | | **1998 International** **Vin #: 1HTSCAAM7WH566029** | - | 0.00 |
| | | **1999 International** **Vin #: 1HTSCAAN9XH636995** | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous Office Equipment** | - | 750.00 |
| | | **Fourteen (14) Personal Computers** | - | 700.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment Used to Manufacture Sheetmetal** | - | 200,000.00 |
| | | **1979 Hyster Forklift** **Vin #: C4D29134** | - | 0.00 |

Sub-Total >          201,450.00
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

In re    **OMC, Inc.**                                          Case No.    **10-14864**
_____          _____
                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1988 Clark Forklift** **Vin #: 915077006CB** | - | 0.00 |
| 30. Inventory. | | **Miscellaneous Hardware and Steel** | - | 30,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 30,000.00 |
| Total > | 3,675,361.61 |

(Report also on Summary of Schedules)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    **OMC, Inc.**                                       Case No.    **10-14864**

                                               Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Aurora Bank FSB<br>27472 Portola Parkway<br>Suite 205 #419<br>Foothill Ranch, CA 92610 | | - | Mortgage<br><br>4010 Park Avenue, Bronx, New York 10457<br><br>Value $    2,000,000.00 | | | | 1,597,275.23 | 0.00 |
| Account No. 88507P82<br><br>Bank of America<br>Merrill Lynch<br>222 North LaSalle St, 17th Fl.<br>Chicago, IL 60601 | | - | Secured Line of Credit<br><br><br>Value $    0.00 | | | | 750,000.00 | 0.00 |
| Account No.<br><br>US Bancorp<br>P.O. Box 580337<br>Minneapolis, MN 55458-0337 | | - | Secured by Lining Machine<br><br><br>Value $    Unknown | | | | Unknown | Unknown |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

  **0**    continuation sheets attached

| | Subtotal<br>(Total of this page) | 2,347,275.23 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 2,347,275.23 | 0.00 |

In re   **OMC, Inc.**                                               ,       Case No.    **10-14864**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1    continuation sheets attached

In re   **OMC, Inc.**                                                              Case No.   **10-14864**
_____                _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | - | | Late Filing Penalty Due<br>Form 5500 | | | | **2,025.00** | 0.00<br><br>**2,025.00** |
| Account No.<br><br>NYC Departmentof of Finance<br>345 Adams Street, 3rd Floor<br>Attn: Legal Affairs Division<br>Brooklyn, NY 11201-3719 | - | | Estimated 2009 INcome Taxes Due | | | | **2,630.00** | 0.00<br><br>**2,630.00** |
| Account No.<br><br>NYS Department of Tax & Financ<br>Bankruptcy/Special Procedures<br>P.O. Box 5300<br>Albany, NY 12205-0300 | - | | Estimated 2009 Income Taxes Due | | | | **2,250.00** | 0.00<br><br>**2,250.00** |
| Account No.<br><br>NYS Department of Tax & Financ<br>Bankruptcy/Special Procedures<br>P.O. Box 5300<br>Albany, NY 12205-0300 | - | | Highway Tax Assessment #<br>L-0343672499 | | | | **2,393.37** | 0.00<br><br>**2,393.37** |
| Account No. | | | | | | | | |

Sheet **1** of **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **9,298.37** | 0.00<br>**9,298.37** |
| Total<br>(Report on Summary of Schedules) | **9,298.37** | 0.00<br>**9,298.37** |

In re    **OMC, Inc.**                                          Case No. ___**10-14864**___
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> A. Goldner <br> 1067 Allerton Avenue <br> Bronx, NY 10469 | | - | | | | | 2,270.05 |
| Account No. <br><br> ADP <br> P.O. BOX 9001006 <br> LOUISVILLE, KY 40290-1006 | | - | Vendor | | | | 2,120.21 |
| Account No. 28885943 <br><br> ADT Security Services <br> Billing /Bankruptcy Dept. <br> 14200 E. Exposition Avenue <br> Aurora, CO 80012 | | - | Security Services | | | | 2,177.50 |
| Account No. <br><br> Advanced Pension Actuary <br> 100 North Centre Ave, Ste 400 <br> Rockville Centre, NY 11570 | | - | Vendor | | | | 75.00 |

_**21**_  continuation sheets attached

Subtotal
(Total of this page)        **6,642.76**

In re **OMC, Inc.**         Case No. **10-14864**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| Advanced Testing & Balancing 657 Meeker Avenue Brooklyn, NY 11222 | - | | | | | | 3,800.00 |
| Account No. | | | Vendor | | | | |
| AFA Protection System 155 Michael Drive Syosset, NY 11791 | - | | | | | | 1,824.20 |
| Account No. | | | Vendor | | | | |
| Air Distribution Enterprises 19 Wilbur Street Lynbrook, NY 11563 | - | | | | | | 27,908.56 |
| Account No. | | | Vendor | | | | |
| Airside Products 47-40 Metropolitan Avenue Maspeth, NY 11385 | - | | | | | | 41,136.10 |
| Account No. | | | Vendor | | | | |
| Albert Weiss A/C Products 270 Madison Avenue New York, NY 10016 | - | | | | | | 89,771.49 |

Sheet no. **1** of **21** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **164,440.35**

In re    **OMC, Inc.**                   Case No.   **10-14864**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Vendor | | | | |
| **All Around Spiral** **10 Fleetwood Court** **Ronkonkoma, NY 11733** | - | | | | | | 6,500.00 |
| Account No. | | | Vendor | | | | |
| **Alliance Health** **P.O. Box 3210** **Farmingdale, NY 11735** | - | | | | | | 60.00 |
| Account No. | | | Vendor | | | | |
| **Allstate Insulation Corp.** **P.O. Box 1579** **Perth Amboy, NJ 08862** | - | | | X | | | 10,556.71 |
| Account No. | | | Credit Card Debt | | | | |
| **American Express** **P.O. Box 2853** **New York, NY 10116** | - | | | | | | 89.25 |
| Account No. | | | Credit Card Debt | | | | |
| **American Express Co.** **P.O. Box 2855** **New York, NY 10116** | - | | | | | | 8,542.13 |

Sheet no. __2__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   (Total of this page)     **25,748.09**

In re   **OMC, Inc.**                                 Case No.   **10-14864**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| Anthony Thomas Boiler Corp. P.O. Box 1296 Bronx, NY 10453 | - | | | | | | 1,002.47 |
| Account No. | | | Vendor | | | | |
| Apple Auto & Truck Care, Inc. 102 Brucker Blvd. Bronx, NY 10454 | - | | | | | | 4,718.95 |
| Account No. | | | Vendor | | | | |
| Aqua Thin of NY 7 East 8th Street, #208 New York, NY 10003 | - | | | | | | 860.11 |
| Account No. | | | Celluar Phone Services | | | | |
| AT&T Mobility P.O. Box 6463 Carol Stream, IL 60197-6463 | - | | | | | | 887.22 |
| Account No. | | | Vendor | | | | |
| Avaya P.O. Box 5332 New York, NY 10087 | - | | | | | | 4,562.46 |

Sheet no. **3** of **21** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **12,031.21**

In re    **OMC, Inc.**                                              Case No. ___**10-14864**___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **Banner Sales P.O. Box 1453 Covington, LA 70434** | | - | | | | | | 1,262.52 |
| Account No. **Bronx Design Group 2914 Westchester Avenue Bronx, NY 10461** | | - | | Vendor | | | | 103.43 |
| Account No. **Bronx Welding Supply 310 Whittier Street Bronx, NY 10474** | | - | | Vendor | | | | 1,328.93 |
| Account No. **Brooklyn Fan & Blower 177 North 7th Street Brooklyn, NY 11211** | | - | | Vendor | | | | 5,830.26 |
| Account No. **Byrne Compressed Air 81 Scudder Avenue Northport, NY 11768** | | - | | Vendor | | | | 850.20 |

Sheet no. __4__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          9,375.34

In re  **OMC, Inc.**                                                 Case No. ___**10-14864**___
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **Capital Hardware 10 Raildroad Avenue Closter, NJ 07624** | - | | | | | | 43,113.10 |
| Account No. | | | Line of Credit | | | | |
| **Capital One PO Box 85520 Richmond, VA 23285-5520** | - | | | | | | 26,084.27 |
| Account No. | | | Vendor | | | | |
| **Carrier 450 West 33rd Street New York, NY 10001** | - | | | | | | 25,503.97 |
| Account No. | | | Vendor | | | | |
| **CHEMSEARCH P.O. Box 971269 Brooklyn, NY 11217** | - | | | | | | 463.01 |
| Account No. | | | Utility Services | | | | |
| **Con Edison of New York JAF Station P.O.Box 1702 New York, NY 10116-1702** | - | | | | X | | 5,905.81 |

Sheet no. _**5**_ of _**21**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101,070.16

In re   **OMC, Inc.**                                              Case No. ___**10-14864**___
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J c | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| CYWIAK & CO. 19 West 44th Street, Ste 606 New York, NY 10036 | | - | | | | | 57,875.00 |
| Account No. | | | Vendor | | | | |
| Daniello Carting Co. P.O. Box 1303 White Plains, NY 10602 | | - | | | | | 12,656.01 |
| Account No. | | | Vendor | | | | |
| Donnelly Mechanical 96-59 22nd Street Queens Village, NY 11429 | | - | | | | | 366.24 |
| Account No. | | | Vendor | | | | |
| East Coast CAD 256 Great Road Littleton, MA 01460 | | - | | | | | 6,001.68 |
| Account No. | | | Vendor | | | | |
| Energy Hardware 47-55 58th Street Woodside, NY 11377 | | - | | | | | 29,937.54 |

Sheet no. __6__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **106,836.47**

In re    **OMC, Inc.**                                    Case No.    **10-14864**
_____
                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **Energy Metal** **47-55 58th Street** **Woodside, NY 11377** | - | | | | | | 20,094.16 |
| Account No. | | | Vendor | | | | |
| **Equitable Steel** **4044 Park Avenue** **Bronx, NY 10457-7395** | - | | | | | | 9,781.18 |
| Account No. | | | Vendor | | | | |
| **Erlin of Long Island, Inc.** **857 North Richmond Avenue** **Lindenhurst, NY 11757** | - | | | | | | 81,137.62 |
| Account No. | | | Vendor | | | | |
| **Exterminare Pest Control** **2022 Hillside Avenue** **New Hyde Park, NY 11040** | - | | | | | | 816.55 |
| Account No. | | | Credit Card Debt | | | | |
| **Exxon Mobil / GECC** **P.O. Box 688938** **Des Moines, IA 50368-8938** | - | | | | | | 8,621.11 |

Sheet no. __7__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **120,450.62**

In re    **OMC, Inc.**                                             Case No. _____**10-14864**_____
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **Federal Express** **P.O. BOX 371461** **Pittsburgh, PA 15250-7461** | - | | | | | | 21.82 |
| Account No. | | | | | | | |
| **Fidelity Investments/Lucid Inv** **6 Pine Street** **East Moriches, NY 11940** | - | | | | | | 53,942.00 |
| Account No. | | | Vendor | | | | |
| **G.M. Insulation** **P.O. Box 2188** **New Hyde Park, NY 11040** | - | | | | | | 21,355.00 |
| Account No. | | | | | | | |
| **Guardian** **State Mandated Disability** **P.O. Box 12409** **Newark, NJ 07101-3509** | - | | | | | | 3,494.40 |
| Account No. | | | Vendor | | | | |
| **Gulf Oil** **P.O. Box 9001001** **Louisville, KY 40290** | - | | | | | | 4,798.88 |

Sheet no. __**8**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          83,612.10

In re    **OMC, Inc.**                                                                    Case No.    **10-14864**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| Hartford Steam Boiler P.O. Box 21045 Chicago, IL 60673 | - | | | | | | 35.00 |
| Account No. | | | Vendor | | | | |
| Hess Oil P.O. Box 905216 Charlotte, NC 28290 | - | | | | | | 23,333.21 |
| Account No. | | | Vendor | | | | |
| Independant Testing 254 North Main Street New City, NY 10956 | - | | | | | | 1,200.00 |
| Account No. | | | Vendor | | | | |
| Independant Testing & Balance 3941 Merrick Road Seaford, NY 11783 | - | | | | | | 27,000.00 |
| Account No. | | | Vendor | | | | |
| Interstate Mechanical Services 51 Railroad Avenue Closter, NJ 07624 | - | | | | | | 485.15 |

Sheet no. __9__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              52,053.36

In re **OMC, Inc.**

Case No. **10-14864**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Vendor | | | | |
| Intrepid Control Services 29-04 Francis Lewis Blvd Flushing, NY 11358 | | - | | | | | | 2,000.00 |
| Account No. | | | | Vendor | | | | |
| Jansons Associates 130 Mozart Street East Rutherford, NJ 07073 | | - | | | | | | 7,678.00 |
| Account No. | | | | Vendor | | | | |
| John Grando, Inc. 68-08 Woodside Avenue Woodside, NY 11377 | | - | | | | | | 71,620.00 |
| Account No. | | | | Vendor | | | | |
| Kass Industrial Supply 1715 Washington Avenue Bronx, NY 10457 | | - | | | | | | 4,504.34 |
| Account No. | | | | Vendor | | | | |
| LJR Insulation General Contracting, Inc. 31-30 14th Street Astoria, NY 11106 | | - | | | | | | 700.00 |

Sheet no. __10__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

86,502.34

In re __OMC, Inc.__ , Case No. ___10-14864___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Union | | | | | | |
| Local 282 Annuity Fund 2500 Marcus Avenue Lake Success, NY 11042 | - | | | | | | | 9,499.81 |
| Account No. | | Union | | | | | | |
| Local 282 Building Fund 2500 Marcus Avenue Lake Success, NY 11042 | - | | | | | | | 544.47 |
| Account No. | | Union | | | | | | |
| Local 282 Funds & Plans 2500 Marcus Avenue Lake Success, NY 11042 | - | | | | | | | 7,006.07 |
| Account No. | | Union | | | | | | |
| Local 282 Job Training 2500 Marcus avenue Lake Success, NY 11042 | - | | | | | | | 188.00 |
| Account No. | | Pension | | | | | | |
| Local 282 MTC Ind. Promo Fund 2500 Marcus Avenue Lake Success, NY 11042 | - | | | | | | | 296.00 |

Sheet no. __11__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 17,534.35

In re  **OMC, Inc.**
_____
                    Debtor

Case No. ___**10-14864**___

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | Union | | | | | |
| Local 282 Pension Fund 2500 Marcus Avenue Lake Success, NY 11042 | - | | | | | | | 17,544.00 |
| Account No. | | | Pension | | | | | |
| Local 282 Welfare Fund 2500 Marcus Avenue Lake Success, NY 11042 | - | | | | | | | 27,623.20 |
| Account No. | | | Vendor | | | | | |
| Lockformer P.O. Box 3495 Boston, MA 02241-3495 | - | | | | | | | 661.91 |
| Account No. | | | Vendor | | | | | |
| Lovell Safety Mgmt Co., LLC 110 Williams Street, 12th Fl. New York, NY 10038 | - | | | | | | | 1,914.44 |
| Account No. | | | Vendor | | | | | |
| Manifest Funding P.O. Box 790448 Saint Louis, MO 63179-2328 | - | | | | | | | 4,357.26 |

Sheet no. __**12**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,100.81

In re __OMC, Inc._____,   Case No. ___10-14864____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Vendor | | | | |
| MCNICHOLS CO P.O. Box 101211 Atlanta, GA 30392 | | - | | | | | | 2,090.40 |
| Account No. | | | | Life Insurance | | | | |
| Met Life Insurance P.O. Box 8500 Philadelphia, PA 19178 | | - | | | | | | 18,032.00 |
| Account No. | | | | Loans to Debtor | | | | |
| Michael Checchi 52 Danebury Downs Saddle River, NJ 07458 | | - | | | | | | 1,000,000.00 |
| Account No. | | | | Vendor | | | | |
| NAPCO Copy Graphics P.O. Box 234 Lyndhurst, NJ 07071 | | - | | | | | | 2,695.60 |
| Account No. | | | | | | | | |
| New Palace Painters 534 East 180th Street Bronx, NY 10457 | | - | | | | | | 438.59 |

Sheet no. __13__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,023,256.59

In re    **OMC, Inc.**                                                    Case No.    **10-14864**
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Vendor | | | | |
| **NY Business Machine**<br>**476 South Broadway**<br>**Yonkers, NY 10705** | - | | | | | | | 350.35 |
| Account No. | | | | | | | | |
| **NY State Insurance Fund**<br>**Workers Compensation**<br>**P.O. Box 5262**<br>**Binghamton, NY 13902-5262** | - | | | | | | | 35,721.46 |
| Account No. | | | | Parking Violations | | | | |
| **NYC Parking Violations**<br>**Peck Slip Station**<br>**P.O. Box 2127**<br>**New York, NY 10272** | - | | | | | | | 35.00 |
| Account No. | | | | | | | | |
| **NYC Water Board**<br>**Church Street Station**<br>**P.O. Box 410**<br>**New York, NY 10008** | - | | | | | | | 714.54 |
| Account No. | | | | Vendor | | | | |
| **Pierpont Mechanical**<br>**58-33 57th Drive**<br>**Maspeth, NY 11378** | - | | | | | | | 2,542.00 |

Sheet no. __14__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    | 39,363.35 |

In re     **OMC, Inc.**                                                              Case No. _____**10-14864**_____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | Vendor | | | | | | | |
| Precision Testing & Balancing 1785 Nereid Avenue Bronx, NY 10466 | - | | | | | | | | 55,713.00 |
| Account No. | | Vendor | | | | | | | |
| Premier Insulation 59-29 55th Street Maspeth, NY 11378 | - | | | | | | | | 4,650.00 |
| Account No. | | Vendor | | | | | | | |
| Pro Safety Services 20 Cedar Street New Rochelle, NY 10801 | - | | | | | | | | 625.00 |
| Account No. | | Vendor | | | | | | | |
| Radio Active 10-33 Jackson Avenue Long Island City, NY 11101 | - | | | | | | | | 472.75 |
| Account No. | | Vendor | | | | | | | |
| Riverdell Flowers 241 Kinderkamack Road Oradell, NJ 07649 | - | | | | | | | | 533.52 |

Sheet no. __**15**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 61,994.27 |
|---|---|---|

In re   **OMC, Inc.** _____ ,   Case No. ___**10-14864**___

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Vendor | | | | |
| S.W. Anderson Sales 63 Daniel Street Farmingdale, NY 11735 | | - | | | | X | | 244,000.00 |
| Account No. | | | | | | | | |
| Scrub Clean 3927 Hill Avenue Bronx, NY 10466 | | - | | | | | | 979.88 |
| Account No. | | | | | | | | |
| Sheet Metal Air Condo Assn NY 16 Court Street Brooklyn, NY 11241 | | - | | | | | | 2,100.00 |
| Account No. | | | | | | | | |
| Sheet Metal Workers' Local 28 c/o Barnes Iaccarino, et al 258 Saw Mill River Road Elmsford, NY 10523 | | - | | | | | | 2,353,302.22 |
| Account No. | | | | | | | | |
| Sheet Metal Workers' Local 28 Promotion Fund 16 Court Street Brooklyn, NY 11241 | | - | | | | | | 76,523.37 |

| Sheet no. __16__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,676,905.47 |
|---|---|---|

In re   **OMC, Inc.**                              ,      Case No.   **10-14864**

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Sheet Metal Workers' Local 28 PAP 195 Mineola Blvd Mineola, NY 11501** | | - | | | | | 51,289.10 |
| Account No. | | | | | | | |
| **Sheet Metal Workers' Local 28 Attn: Marcia Webb 601 N. Fairfax Street Alexandria, VA 22314-2075** | | - | | | | | 622,076.55 |
| Account No. | | | | | | | |
| **Sheet Metal Workers' Local 28 Target Fund 195 Mineola Blvd Mineola, NY 11501** | | - | | | | | 325,301.07 |
| Account No. | | | | | | | |
| **Sheet Metal Workers' Natl Pens c/o Jeffrey S. Dubin, Esq. 464 New York Ave. Ste 100 Huntington, NY 11743** | | - | | | | | 1,352,484.72 |
| Account No. | | | Vendor | | | | |
| **Sovereign Mechanical 307 7th Avenue New York, NY 10001** | | - | | | | | 119,419.00 |

Sheet no. __17__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,470,570.44**

In re    **OMC, Inc.**                                            Case No.    **10-14864**
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sprint**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197** | - | | | | | | 11,588.44 |
| Account No. <br><br> **Standard Tinsmith**<br>**355 Irving Avenue**<br>**Brooklyn, NY 11237** | - | | Vendor | | | | 120,088.80 |
| Account No. <br><br> **Staples**<br>**P.O. Box 9020**<br>**Des Moines, IA 50368-9020** | - | | Vendor | | | | 2,641.08 |
| Account No. <br><br> **Stuyvesant Fuel**<br>**6741 5th Avenue**<br>**Brooklyn, NY 11220** | - | | Vendor | | | | 903.67 |
| Account No. <br><br> **Subcontractors Trade Assoc.**<br>**1430 Broadway**<br>**New York, NY 10018** | - | | Vendor | | | | 1,195.00 |

Sheet no. __18__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                136,416.99

In re  **OMC, Inc.**  Case No. **10-14864**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Sunoco Oil Co. P.O. Box 689156 Des Moines, IA 50368 | - | | | | | | | 1,989.35 |
| Account No. | | | | | | | | |
| TSSM, Inc. Attn: Farrell Flanni 250 West 39th Street New York, NY 10018 | - | | | | | | | 18,950.00 |
| Account No. | | | | Vendor | | | | |
| ULINE 2200 South Lakeside Drive Waukegan, IL 60085 | - | | | | | | | 1,037.95 |
| Account No. | | | | | | | | |
| Uneeda Bolt & Screw Co. 10 Capitol Drive Moonachie, NJ 07074 | - | | | | | | | 3,890.91 |
| Account No. | | | | | | | | |
| United Rentals P.O. Box 100711 Atlanta, GA 30384-0711 | - | | | | | X | | 35,116.74 |

Sheet no. **19** of **21** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**60,984.95**

In re    **OMC, Inc.**
_____,
                    Debtor

Case No. ___**10-14864**___

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| **UNUM Insurance**<br>**99 Park Avenue**<br>**New York, NY 10016** | - | | | | | | 4,728.36 |
| Account No. | | | Lease Payment Arrears | | | | |
| **US Bancorp**<br>**P.O. Box 580337**<br>**Minneapolis, MN 55458-0337** | - | | | | | | 24,000.00 |
| Account No. | | | Vendor | | | | |
| **US Bank Vendor Services**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179** | - | | | | | | 3,672.55 |
| Account No. | | | | | | | |
| **Verizon**<br>**P.O. Box 15124**<br>**Albany, NY 12212-5124** | - | | | | | | 1,024.68 |
| Account No. | | | | | | | |
| **Wachovia Bank**<br>**Attn: Bankruptcy Dept**<br>**PO Box 13765**<br>**Roanoke, VA 24037** | - | | | | | | 62,637.68 |

Sheet no. __20__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

96,063.27

In re  **OMC, Inc.**
                                             Case No. ___**10-14864**___
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Legal Fees | | | | |
| **William Roth Berg, Esq.** **16 Court Street** **Brooklyn, NY 11241** | - | | | | | | | **825.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __21__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **825.00** |
| Total (Report on Summary of Schedules) | **7,404,778.29** |

In re    **OMC, Inc.**                                                                                   Case No.    **10-14864**
_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ford Motor Credit Company**<br>**PO Box 31111**<br>**Tampa, FL 33631-3111** | **2006 Ford Van**<br>**Vin #: 1FTSE34L16HB45221**<br>**Monthly Payment: $505.93**<br>**Lease Ends December 2010** |
| **Ford Motor Credit Company**<br>**PO Box 31111**<br>**Tampa, FL 33631-3111** | **2006 Ford Explorer**<br>**Vin #: 1FMEU73EX6UA23583**<br>**Monthly Payment: $609.09**<br>**Lease Ends December 2010** |
| **Ford Motor Credit Company**<br>**PO Box 31111**<br>**Tampa, FL 33631-3111** | **2006 Ford Explorer**<br>**Vin #: 1FMEU73E76UA23590**<br>**Monthly Payment: $609.09**<br>**Lease Ends December 2010** |
| **Ford Motor Credit Company**<br>**PO Box 31111**<br>**Tampa, FL 33631-3111** | **2008 Ford Explorer**<br>**Vin #: 1FMEU74E58UB32914**<br>**Monthly Payment: $474.33**<br>**Lease Ends 2011** |
| **Local 28**<br>**195 Mineola Blvd**<br>**Mineola, NY 11501** | **Collective Bargaining Agreement** |
| **Local 282**<br>**2500 Marcus Avenue**<br>**New Hyde Park, NY 11042** | **Collective Bargaining Agreement** |
| **NAVISTAR**<br>**P.O. BOX 98454**<br>**CHICAGO, IL 60693** | **2008 International**<br>**Vin #: 1HTMMAAN78H641278**<br>**Monthly Payment: $1,436.87**<br>**Lease Ends July 12, 2012** |
| **NAVISTAR**<br>**P.O. BOX 98454**<br>**CHICAGO, IL 60693** | **2009 International**<br>**Vin #: 1HTMMAAN29H093546**<br>**Monthly Payment: $1,301.41**<br>**Lease Ends July 8, 2013** |
| **US Bancorp**<br>**Business Equipment Finance Grp**<br>**130 Madrid Street**<br>**Marshall, MN 56258** | **Computer Finance Contract** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    **OMC, Inc.**
_____
Case No. _____**10-14864**_____
                                                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Checchi**<br>**4010 Park Avenue**<br>**Bronx, NY 10457** | **MERRILL VISA**<br>**FIA CARD SERVICES**<br>**P.O. BOX 15019**<br>**Wilmington, DE 19886** |
| **Michael Checchi**<br>**4010 Park Avenue**<br>**Bronx, NY 10457** | **Aurora Bank FSB**<br>**27472 Portola Parkway**<br>**Suite 205 #419**<br>**Foothill Ranch, CA 92610** |
| **Michael Checchi**<br>**4010 Park Avenue**<br>**Bronx, NY 10457** | **US Bancorp**<br>**138 Madrid Street**<br>**Marshall, MN 56258** |
| **Michael Checchi**<br>**4010 Park Avenue**<br>**Bronx, NY 10457** | **US Bancorp**<br>**Manifest Funding**<br>**138 Madrid Street**<br>**Marshall, MN 56258** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Southern District of New York

In re    **OMC, Inc.**                                               Case No.    **10-14864**

                                    Debtor(s)                        Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __34__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 29, 2010**              Signature    **/s/ Michael Checchi**

                                                       **Michael Checchi**
                                                       **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **OMC, Inc.**                      Case No.    **10-14864**

                           Debtor(s)                     Chapter      **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,161,000.00** | **2010 YTD Gross Income:** |
| **$12,740,084.00** | **2009 Gross Income:** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                AMOUNT                    SOURCE

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **SW Anderson Sales Corp.**<br>**63 Daniel Street**<br>**Farmingdale, NY 11735** | **6/24/2010** | **$7,500.00** | **$0.00** |
| **New York State Insurance Fund**<br>**105 Corporate Park Dr.**<br>**Suite 200**<br>**White Plains, NY 10604-3814** | **6/24/2010** | **$18,586.98** | **$0.00** |
| **Sheet Metal Workers' Natl Pens**<br>**c/o Jeffrey S. Dubin, Esq.**<br>**464 New York Ave. Ste 100**<br>**Huntington, NY 11743** | **7/13/2010** | **$96,233.96** | **$0.00** |
| **Aurora Bank FSB**<br>**27472 Portola Parkway**<br>**Suite 205 #419**<br>**Foothill Ranch, CA 92610** | **7/20/2010**<br>**8/5/2010** | **$21,604.00** | **$0.00** |
| **Airside Products**<br>**47-40 Metropolitan Avenue** | **6/18/2010**<br>**7/2/2010**<br>**8/6/2010** | **$29,733.82** | **$0.00** |
| **Air Distribution Enterprises**<br>**19 Wilbur Street**<br>**Lynbrook, NY 11563** | **6/15/2010**<br>**6/30/2010**<br>**7/2/2010**<br>**7/9/2010**<br>**7/16/2010**<br>**7/23/2010**<br>**7/30/2010**<br>**8/6/2010**<br>**8/13/2010**<br>**8/20/2010**<br>**9/3/2010** | **$100,044.33** | **$0.00** |
| **Albert Weiss A/C Products**<br>**270 Madison Avenue**<br>**New York, NY 10016** | **6/16/2010**<br>**6/30/2010**<br>**7/14/2010**<br>**7/28/2010**<br>**8/11/2010** | **$100,709.38** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| KTC Sales | 7/30/2010 | $7,615.81 | $0.00 |
| Sovereign Mechanical<br>307 7th Avenue<br>New York, NY 10001 | 7/9/2010 | $40,000.00 | $0.00 |
| Standard Tinsmith<br>355 Irving Avenue<br>Brooklyn, NY 11237 | 7/16/2010<br>7/30/2010<br>8/10/2010 | $30,132.74 | $0.00 |
| Erlin of Long Island, Inc.<br>857 North Richmond Avenue<br>Lindenhurst, NY 11757 | 7/7/2010<br>7/14/2010<br>7/21/2010 | $33,545.64 | $0.00 |
| Equitable Steel<br>4044 Park Avenue<br>Bronx, NY 10457-7395 | 7/12/2010<br>9/3/2010 | $14,953.89 | $0.00 |
| Apple Auto & Truck Care, Inc.<br>102 Brucker Blvd.<br>Bronx, NY 10454 | 7/13/2010 | $5,851.50 | $0.00 |
| John Grando, Inc.<br>68-08 Woodside Avenue<br>Woodside, NY 11377 | 7/23/2010<br>7/30/2010<br>8/6/2010<br>8/13/2010<br>8/20/2010<br>8/27/2010<br>9/3/2010<br>9/10/2010 | $80,200.00 | $0.00 |
| ConEdison<br>JAF Station<br>PO Box 1702<br>New York, NY 10116-1702 | 8/16/2010 | $5,354.77 | $0.00 |
| Precision Testing & Balancing<br>1785 Nereid Avenue<br>Bronx, NY 10466 | 8/16/2010 | $6,000.00 | $0.00 |
| Imperial Credit Corp. | 6/30/2010<br>7/21/2010 | $38,069.88 | $0.00 |
| Tower Insurance | 6/15/2010<br>8/5/2010 | $23,957.60 | $0.00 |
| Local 28 | 9/15/2010 | $80,000.00 | $0.00 |

None �■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **" Sheet Metal Workers' National Pension Fund; National Energy Management Institute Committee for the Sheet Metal and Air Conditioning Industry; Sheet Metal Occupational Health Institute Trust; International Training Institute for the Sheet Metal and Air Conditioning Industry; and National Stabilization Agreement of the Sheet Metal Industry Fund v. OMC, Inc. and Michael Checchi, individually, United States District Court Southern District of New York, Civil Action No. 10-cv-0911 (GBD)(THK).** | **Civil Action** | **United States District Court Southern District of New York** | **Pending** |
| **Claim filed by Jerzy Wiatrzyk** | **Workers Compensation Proceeding** | **New York State Workers Compensation Bureau** | **Pending** |
| **Claim filed by Sharard Taylor** | **Workers Compensation Proceeding** | **New York State Workers Compensation Bureau** | **Pending** |
| **Claim filed by Kenneth Hill** | **Workers Compensation Proceeding** | **New York State Workers Compensation Bureau** | **Pending** |
| **Claim filed by Wesley Nedwell** | **Workers Compensation Proceeding** | **New York State Workers Compensation Bureau** | **Pending** |
| **Claim filed by Joseph Massato** | **Workers Compensation Proceeding** | **New York State Workers Compensation Bureau** | **Pending** |

None ■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Rattet, Pasternak & Gordon-Oliver, LLP**<br>**550 Mamaroneck Avenue, Ste 510**<br>**Harrison, NY 10528** | **September 14, 2010** | **$50,000** |

#### 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Margaret Pinelli**<br>**4010 Park Avenue**<br>**Bronx, NY 10457** | **1987 - Current** |
| **Michael Cywiak**<br>**19 W. 44th Street**<br>**New York, NY 10036** | **1991 - Current** |

None ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Local 282** | **2500 Marcus Avenue**<br>**New Hyde Park, NY 11042** | **2010** |
| **Workers Compensation** | | **2010** |
| **Insurance Co. AON and Zurich**<br>**Re: Insuran** | | |
| **Local 28** | | **Every 3 years** |

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **MERRILL LYNCH BUSINESS**<br>**FINANCIAL SERVICES, INC.**<br>**222 NORTH LASALLE STREET**<br>**CHICAGO, IL 60601** | |

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Michael Checchi** | **President** | **Sole Owner** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Local 28 National Pension Fund** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **September 29, 2010**                    Signature    **/s/ Michael Checchi**
                                                             **Michael Checchi**
                                                             **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of New York

In re    **OMC, Inc.**                                   Case No.    **10-14864**

                                            Debtor(s)                     Chapter      **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 50,000.00 |
   | Prior to the filing of this statement I have received | $ | 50,000.00 |
   | Balance Due | $ | 0.00 |

2. **$ 1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **September 29, 2010**                      **/s/ Jonathan S. Pasternak**
                                                    **Jonathan S. Pasternak**
                                                    **Rattet, Pasternak & Gordon-Oliver, LLP**
                                                    **550 Mamaroneck Avenue**
                                                    **Suite 510**
                                                    **Harrison, NY 10528**
                                                    **(914) 381-7400   Fax: (914) 381-7406**

# United States Bankruptcy Court
## Southern District of New York

In re    **OMC, Inc.**

Debtor

Case No.   **10-14864**

Chapter   **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Checchi** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 29, 2010**

Signature **/s/ Michael Checchi**

**Michael Checchi**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
### Southern District of New York

In re    **OMC, Inc.**                                         Case No.   **10-14864**

                                       Debtor(s)                Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 29, 2010**                      **/s/ Michael Checchi**

                                                **Michael Checchi/President**
                                                Signer/Title

A. GOLDNER
1067 ALLERTON AVENUE
BRONX, NY 10469


ADP
P.O. BOX 9001006
LOUISVILLE, KY 40290-1006


ADT SECURITY SERVICES
BILLING /BANKRUPTCY DEPT.
14200 E. EXPOSITION AVENUE
AURORA, CO 80012


ADVANCED PENSION ACTUARY
100 NORTH CENTRE AVE, STE 400
ROCKVILLE CENTRE, NY 11570


ADVANCED TESTING & BALANCING
657 MEEKER AVENUE
BROOKLYN, NY 11222


AFA PROTECTION SYSTEM
155 MICHAEL DRIVE
SYOSSET, NY 11791


AIR DISTRIBUTION ENTERPRISES
19 WILBUR STREET
LYNBROOK, NY 11563


AIRSIDE PRODUCTS
47-40 METROPOLITAN AVENUE
MASPETH, NY 11385


ALBERT WEISS A/C PRODUCTS
270 MADISON AVENUE
NEW YORK, NY 10016


ALL AROUND SPIRAL
10 FLEETWOOD COURT
RONKONKOMA, NY 11733


ALLIANCE HEALTH
P.O. BOX 3210
FARMINGDALE, NY 11735

ALLSTATE INSULATION CORP.
P.O. BOX 1579
PERTH AMBOY, NJ 08862


AMERICAN EXPRESS
P.O. BOX 2853
NEW YORK, NY 10116


AMERICAN EXPRESS CO.
P.O. BOX 2855
NEW YORK, NY 10116


ANTHONY THOMAS BOILER CORP.
P.O. BOX 1296
BRONX, NY 10453


APPLE AUTO & TRUCK CARE, INC.
102 BRUCKER BLVD.
BRONX, NY 10454


AQUA THIN OF NY
7 EAST 8TH STREET, #208
NEW YORK, NY 10003


AT&T  MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197-6463


AURORA BANK FSB
27472 PORTOLA PARKWAY
SUITE 205 #419
FOOTHILL RANCH, CA 92610


AVAYA
P.O. BOX 5332
NEW YORK, NY 10087


AVAYA
24009 NETWORK PL
CHICAGO, IL 60673


AVRAN SCHREIVER, ESQ.
40 EXCHANGE PLACE
SUITE 1300
NEW YORK, NY 10005

BANK OF AMERICA
MERRILL LYNCH
222 NORTH LASALLE ST, 17TH FL.
CHICAGO, IL 60601


BANNER SALES
P.O. BOX 1453
COVINGTON, LA 70434


BRONX DESIGN GROUP
2914 WESTCHESTER AVENUE
BRONX, NY 10461


BRONX WELDING SUPPLY
310 WHITTIER STREET
BRONX, NY 10474


BROOKLYN FAN & BLOWER
177 NORTH 7TH STREET
BROOKLYN, NY 11211


BYRNE COMPRESSED AIR
81 SCUDDER AVENUE
NORTHPORT, NY 11768


CAPITAL HARDWARE
10 RAILDROAD AVENUE
CLOSTER, NJ 07624


CAPITAL ONE
PO BOX 85520
RICHMOND, VA 23285-5520


CARRIER
450 WEST 33RD STREET
NEW YORK, NY 10001


CHEMSEARCH
P.O. BOX 971269
BROOKLYN, NY 11217


CON EDISON OF NEW YORK
JAF STATION
P.O.BOX 1702
NEW YORK, NY 10116-1702

CYWIAK & CO.
19 WEST 44TH STREET, STE 606
NEW YORK, NY 10036


DANIELLO CARTING CO.
P.O. BOX 1303
WHITE PLAINS, NY 10602


DONNELLY MECHANICAL
96-59 22ND STREET
QUEENS VILLAGE, NY 11429


EAST COAST CAD
256 GREAT ROAD
LITTLETON, MA 01460


ENERGY HARDWARE
47-55 58TH STREET
WOODSIDE, NY 11377


ENERGY METAL
47-55 58TH STREET
WOODSIDE, NY 11377


EQUITABLE STEEL
4044 PARK AVENUE
BRONX, NY 10457-7395


ERLIN OF LONG ISLAND, INC.
857 NORTH RICHMOND AVENUE
LINDENHURST, NY 11757


EXTERMINARE PEST CONTROL
2022 HILLSIDE AVENUE
NEW HYDE PARK, NY 11040


EXXON MOBIL / GECC
P.O. BOX 688938
DES MOINES, IA 50368-8938


FEDERAL EXPRESS
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

FIDELITY INVESTMENTS/LUCID INV
6 PINE STREET
EAST MORICHES, NY 11940


FORD MOTOR CREDIT COMPANY
PO BOX 31111
TAMPA, FL 33631-3111


G.M. INSULATION
P.O. BOX 2188
NEW HYDE PARK, NY 11040


GUARDIAN
STATE MANDATED DISABILITY
P.O. BOX 12409
NEWARK, NJ 07101-3509


GULF OIL
P.O. BOX 9001001
LOUISVILLE, KY 40290


HARTFORD STEAM BOILER
P.O. BOX 21045
CHICAGO, IL 60673


HESS OIL
P.O. BOX 905216
CHARLOTTE, NC 28290


INDEPENDANT TESTING
254 NORTH MAIN STREET
NEW CITY, NY 10956


INDEPENDANT TESTING & BALANCE
3941 MERRICK ROAD
SEAFORD, NY 11783


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114


INTERSTATE MECHANICAL SERVICES
51 RAILROAD AVENUE
CLOSTER, NJ 07624

INTREPID CONTROL SERVICES
29-04 FRANCIS LEWIS BLVD
FLUSHING, NY 11358

JANSONS ASSOCIATES
130 MOZART STREET
EAST RUTHERFORD, NJ 07073

JOHN GRANDO, INC.
68-08 WOODSIDE AVENUE
WOODSIDE, NY 11377

KASS INDUSTRIAL SUPPLY
1715 WASHINGTON AVENUE
BRONX, NY 10457

LJR INSULATION
GENERAL CONTRACTING, INC.
31-30 14TH STREET
ASTORIA, NY 11106

LOCAL 28
195 MINEOLA BLVD
MINEOLA, NY 11501

LOCAL 282
2500 MARCUS AVENUE
NEW HYDE PARK, NY 11042

LOCAL 282 ANNUITY FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042

LOCAL 282 BUILDING FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042

LOCAL 282 FUNDS & PLANS
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042

LOCAL 282 JOB TRAINING
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042

LOCAL 282 MTC IND. PROMO FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCAL 282 PENSION FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCAL 282 WELFARE FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCKFORMER
P.O. BOX 3495
BOSTON, MA 02241-3495


LOVELL SAFETY MGMT CO., LLC
110 WILLIAMS STREET, 12TH FL.
NEW YORK, NY 10038


MANIFEST FUNDING
P.O. BOX 790448
SAINT LOUIS, MO 63179-2328


MCNICHOLS CO
P.O. BOX 101211
ATLANTA, GA 30392


MET LIFE INSURANCE
P.O. BOX 8500
PHILADELPHIA, PA 19178


MICHAEL CHECCHI
52 DANEBURY DOWNS
SADDLE RIVER, NJ 07458


MICHAEL CHECCHI
4010 PARK AVENUE
BRONX, NY 10457


NAPCO COPY GRAPHICS
P.O. BOX 234
LYNDHURST, NJ 07071

NAVISTAR
P.O. BOX 98454
CHICAGO, IL 60693


NEW PALACE PAINTERS
534 EAST 180TH STREET
BRONX, NY 10457


NY BUSINESS MACHINE
476 SOUTH BROADWAY
YONKERS, NY 10705


NY STATE INSURANCE FUND
WORKERS COMPENSATION
P.O. BOX 5262
BINGHAMTON, NY 13902-5262


NYC DEPARTMENTOF OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS DIVISION
BROOKLYN, NY 11201-3719


NYC DEPT. OF FINANCE
345 ADAMS ST, 3RD FL.
LEGAL AFFAIRS-DEVORA COHN
BROOKLYN, NY 11201-3719


NYC PARKING VIOLATIONS
PECK SLIP STATION
P.O. BOX 2127
NEW YORK, NY 10272


NYC WATER BOARD
CHURCH STREET STATION
P.O. BOX 410
NEW YORK, NY 10008


NYS DEPARTMENT OF TAX & FINANC
BANKRUPTCY/SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004

PIERPONT MECHANICAL
58-33 57TH DRIVE
MASPETH, NY 11378


PRECISION TESTING & BALANCING
1785 NEREID AVENUE
BRONX, NY 10466


PREMIER INSULATION
59-29 55TH STREET
MASPETH, NY 11378


PRO SAFETY SERVICES
20 CEDAR STREET
NEW ROCHELLE, NY 10801


RADIO ACTIVE
10-33 JACKSON AVENUE
LONG ISLAND CITY, NY 11101


RIVERDELL FLOWERS
241 KINDERKAMACK ROAD
ORADELL, NJ 07649


S.W. ANDERSON SALES
63 DANIEL STREET
FARMINGDALE, NY 11735


SCRUB CLEAN
3927 HILL AVENUE
BRONX, NY 10466


SECURITY EXCHANGE COMM
THE WOOLWORTH BUILDING
233 BROADWAY- JOHN MURRAY
NEW YORK, NY 10279


SHEET METAL AIR CONDO ASSN NY
16 COURT STREET
BROOKLYN, NY 11241


SHEET METAL WORKERS LOCAL 28
195 MINEOLA BLVD.
MINEOLA, NY 11501

SHEET METAL WORKERS' LOCAL 28
C/O BARNES IACCARINO, ET AL
258 SAW MILL RIVER ROAD
ELMSFORD, NY 10523


SHEET METAL WORKERS' LOCAL 28
PROMOTION FUND
16 COURT STREET
BROOKLYN, NY 11241


SHEET METAL WORKERS' LOCAL 28
PAP
195 MINEOLA BLVD
MINEOLA, NY 11501


SHEET METAL WORKERS' LOCAL 28
ATTN: MARCIA WEBB
601 N. FAIRFAX STREET
ALEXANDRIA, VA 22314-2075


SHEET METAL WORKERS' LOCAL 28
TARGET FUND
195 MINEOLA BLVD
MINEOLA, NY 11501


SHEET METAL WORKERS' NATL PENS
C/O JEFFREY S. DUBIN, ESQ.
464 NEW YORK AVE. STE 100
HUNTINGTON, NY 11743


SOVEREIGN MECHANICAL
307 7TH AVENUE
NEW YORK, NY 10001


SPRINT
P.O. BOX 4181
CAROL STREAM, IL 60197


STANDARD TINSMITH
355 IRVING AVENUE
BROOKLYN, NY 11237


STAPLES
P.O. BOX 9020
DES MOINES, IA 50368-9020

STUYVESANT FUEL
6741 5TH AVENUE
BROOKLYN, NY 11220


SUBCONTRACTORS TRADE ASSOC.
1430 BROADWAY
NEW YORK, NY 10018


SUNOCO OIL CO.
P.O. BOX 689156
DES MOINES, IA 50368


TSSM, INC.
ATTN: FARRELL FLANNI
250 WEST 39TH STREET
NEW YORK, NY 10018


ULINE
2200 SOUTH LAKESIDE DRIVE
WAUKEGAN, IL 60085


UNEEDA BOLT & SCREW CO.
10 CAPITOL DRIVE
MOONACHIE, NJ 07074


UNITED RENTALS
P.O. BOX 100711
ATLANTA, GA 30384-0711


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007


UNUM INSURANCE
99 PARK AVENUE
NEW YORK, NY 10016


US BANCORP
P.O. BOX 580337
MINNEAPOLIS, MN 55458-0337

```
US BANCORP
BUSINESS EQUIPMENT FINANCE GRP
130 MADRID STREET
MARSHALL, MN 56258


US BANK VENDOR SERVICES
P.O. BOX 790448
SAINT LOUIS, MO 63179


VERIZON
P.O. BOX 15124
ALBANY, NY 12212-5124


WACHOVIA BANK
ATTN: BANKRUPTCY DEPT
PO BOX 13765
ROANOKE, VA 24037


WACHOVIA BANK
P.O. BOX 96074
CHARLOTTE, NC 28296-0074


WILLIAM ROTH BERG, ESQ.
16 COURT STREET
BROOKLYN, NY 11241
```