## OMC, Inc. Projection Week-By-Week Thru 12/10/2010

| | Friday 9/17/10 | Friday 9/24/10 | Friday 10/1/10 | Friday 10/8/10 | Friday 10/15/10 | Friday 10/22/10 | Friday 10/29/10 | Friday 11/5/10 | Friday 11/12/10 | Friday 11/19/10 | Friday 11/26/10 | Friday 12/3/10 | Friday 12/10/10 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Est. Cash Receipts | 175,000 | 150,000 | 185,000 | 185,000 | 185,000 | 185,000 | 185,000 | 195,000 | 195,000 | 195,000 | 195,000 | 195,000 | 200,000 | 2,435,000 |
| | 2 days | | | | 4 days | | | | | | 4 days | | 4 days | |
| **EXPENSES** | | | | | | | | | | | | | | |
| Gross Payroll OFFICERS | 7,057 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 148,201 |
| U.S. Trustee Fee | 39,000 | 48,360 | 48,360 | 48,360 | 48,360 | 48,360 | 58,440 | 46,752 | 46,752 | 46,752 | 46,752 | 58,440 | 58,440 | 698,064 |
| Employee Exp/Unions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,500 | 0 | 0 | 0 | 0 | 6,500 | 8,450 |
| Outside Labor | 25,000 | 39,740 | 39,740 | 31,792 | 39,740 | 39,740 | 48,560 | 32,848 | 48,560 | 41,848 | 46,560 | 48,560 | 48,560 | 515,716 |
| Auto Exp. | 867 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Rent/Mortgage/Aurora | 1,495 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | |
| Electric | 733 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 28,219 |
| Taxes | 96 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | |
| Lease Pymnts/Equip. | 374 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 31,411 |
| Factory Expense | 1,701 | 623 | 623 | 623 | 623 | 623 | 623 | 623 | 623 | 623 | 623 | 623 | 623 | 15,409 |
| Computer Expense | 138 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 7,016 |
| Loans - Merrill | 1,204 | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 230 | 850 |
| * Attorney Fees | 0 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 25,795 |
| Repairs & Maint. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,000 | 20,068 |
| Telephones | 67 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | |
| Health Insur. | 138 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | |
| Sales Tax | 1,144 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 34,524 |
| * Accountant Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bank Payments | 726 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | |
| Vendor/Nelson Buyout | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,258 | |
| Auto Payments | 581 | 969 | 969 | 969 | 969 | 969 | 969 | 969 | 969 | 969 | 969 | 969 | 969 | |
| Purchases/Mach & H'ware | 5,100 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | |
| Purchases/Steel | 10,200 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 214,200 |
| Office Expenses | 511 | 852 | 852 | 852 | 852 | 852 | 852 | 852 | 852 | 852 | 852 | 852 | 852 | |
| Ins. Premiums | 6,513 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | |
| **TOTAL EXPENSES** | 92,753 | 154,648 | 167,698 | 167,698 | 165,018 | 167,698 | 171,598 | 165,798 | 171,598 | 150,198 | 150,198 | 193,098 | 208,785 | 348,844 |
| Cash Available | 82,247 | (4,648) | 17,302 | 17,302 | 19,972 | 17,302 | 23,402 | 29,852 | 23,402 | 44,802 | 44,802 | 1,902 | (8,785) | |

* FOOTNOTE: That payment of such fees are subject to further order governing monthly fee payments or fee applications.