## OMC, Inc. Projection Week-By-Week Thru 12/10/2010

| Est. Cash Receipts | Friday 9/17/10 | Friday 9/24/10 | Friday 10/1/10 | Friday 10/8/10 | Friday 10/15/10 | Friday 10/22/10 | Friday 10/29/10 | Friday 11/5/10 | Friday 11/12/10 | Friday 11/19/10 | Friday 11/26/10 | Friday 12/3/10 | Friday 12/10/10 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 175,000 | 180,000 | 185,000 | 185,000 | 185,000 | 185,000 | 185,000 | 185,000 | 185,000 | 185,000 | 185,000 | 185,000 | 130,000 | 2,435,000 |

| EXPENSES | 3 days 9/17/10 | 9/24/10 | 10/1/10 | 10/8/10 | 10/15/10 | 10/22/10 | 10/29/10 | 11/5/10 | 4 days 11/12/10 | 11/19/10 | 4 days 11/26/10 | 4 days 12/3/10 | 12/10/10 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Payroll OFFICERS | 7,057 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 11,762 | 148,201 |
| Gross Payroll OTHERS | 39,000 | 48,160 | 48,360 | 48,360 | 48,360 | 48,360 | 48,360 | 58,440 | 58,440 | 58,440 | 58,440 | 58,440 | 58,440 | 678,040 |
| U.S. Treasury Fee | 0 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 84,500 |
| Employee Bnfts/Unions | 25,000 | 39,740 | 39,740 | 39,740 | 39,740 | 39,740 | 39,740 | 48,560 | 48,560 | 48,560 | 49,560 | 49,560 | 49,560 | 535,716 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Auto Exp. | 862 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 1,446 | 18,219 |
| Purchases/Hired (Labor) | 1,495 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 2,493 | 31,411 |
| Electric | 733 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 1,223 | 15,409 |
| Taxes | 96 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 2,016 |
| Gross Payroll Exp/Cks | 374 | 623 | 623 | 623 | 623 | 623 | 623 | 623 | 623 | 623 | 623 | 623 | 623 | 7,850 |
| Factory Expense | 1,129 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 1,883 | 23,725 |
| Finished Goods Expense | 438 | 730 | 730 | 730 | 730 | 730 | 730 | 730 | 730 | 730 | 730 | 730 | 730 | 9,198 |
| Outside Labor | 1,384 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 2,307 | 29,068 |
| Attorney Fees | 0 | 0 | 0 | 15,000 | 0 | 0 | 0 | 15,000 | 0 | 0 | 0 | 15,000 | 0 | 45,000 |
| Repair & Maint. | 67 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 112 | 1,411 |
| Telephone | 138 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 231 | 2,910 |
| Freight | 1,644 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 2,740 | 34,524 |
| Sales Tax | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accountant Fees | 726 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 1,211 | 15,258 |
| Bnk. Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vendor/Vendors Buyout | 0 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 180,000 |
| Rate Payments | 581 | 969 | 969 | 969 | 969 | 969 | 969 | 969 | 969 | 969 | 969 | 969 | 969 | 12,209 |
| Purchases/Rent'l & Htlrr | 5,100 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 8,500 | 107,100 |
| Purchases/Steel | 10,200 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 214,200 |
| Other Expenses | 511 | 852 | 852 | 852 | 852 | 852 | 852 | 852 | 852 | 852 | 852 | 852 | 852 | 10,735 |
| Box Purchases | 6,513 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 10,856 | 136,785 |
| **TOTAL EXPENSES** | 92,751 | 154,248 | 167,698 | 167,698 | 167,698 | 167,698 | 165,798 | 171,538 | 170,538 | 171,538 | 150,198 | 150,198 | 150,190 | 2,081,559 |
| Cash Available | 82,249 | (4,248) | 17,302 | 17,302 | 17,302 | 17,302 | 19,202 | 13,402 | 29,802 | 13,402 | 44,802 | 44,802 | (20,190) | 348,849 |

* FOOTNOTE: That payment of such fees are subject to further order governing monthly fee payments or fee applications.